```
Fri Mar 26 15:47:35 2004

   UNITED STATES DISTRICT COURT

   CINCINNATI, OH

Receipt No.   100 422370
Cashier       kjl

Check Number:  00211218

DO Code    Div No
4661         1

Sub Acct Type Tender    Amount
1:086900  N     2        105.00
2:510000  N     2        150.00

Total Amount       $    255.00

CITY OF CINCINNATI


APPEAL FEE C-1-02-446




Fri Mar 26 15:47:35 2004

Check No.  00211218
Amount$   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```