For Use by District Court Personnel Only

# TRANSMISSION FORM

| District Court: **S.D. of Ohio (Western Division)** | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|
| District Court Case No: **1:02cv0446** | Court of Appeals Case No: *04-3419* |
| SHORT CAPTION | |
| **GRADUAL TAYLOR** | Case Manager: |
| Plaintiff/Petitioner | Date Filed: |
| vs. | |
| **CHERYL HART, et al.** | **FILED** |
| Defendant/Respondent | MAR 3 0 2004 |
| | LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: **HERMAN J. WEBER** | Anything That Needs Special Attention |
| Court Reporter(s): | **NOTICE OF INTERLOCUTORY APPEAL(DOC.30) appealing ORDER(DOC.29) entered on 3/10/2004.** |
| From Deputy Clerk: **ARTHUR HILL** | |
| Date: **3/29/2004** | 04 MAR 30 PM 1:43 |
| $255.00 Appeal Filing Fee Paid?  **YES** | |

FILED JAMES BONINI CLERK

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**    Volume(s)

Deposition(s)    Volume(s)          Exhibit(s)     Volume(s)

Transcript(s)    Volume(s)          **Sealed**     Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**JAMES BONINI**

Clerk: _____
        United States District Court