IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GRADUAL TAYLOR,

    Plaintiff

v                                     CIVIL ACTION: C-1-02-446

CHERYL HART, et al

    Defendant

## ORDER

Pursuant to the Notice of Appeal (#30) entered on March 26, 2004, the parties are advised that the above captioned case is hereby ORDERED administratively STAYED and TERMINATED on this Court's active docket pending disposition of the Appeal.

The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate.

IT IS SO ORDERED.

                                                      HERMAN J. WEBER, SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT