INFORMATION COPY
MANDATE NOT YET ISSUED
DIS. CT. # 02-446

**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**

No. 04-3419

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

LEONARD GREEN, Clerk

| | | |
|---|---|---|
| GRADUAL TAYLOR, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| CHERYL HART, | ) | SOUTHERN DISTRICT OF OHIO |
| | ) | |
| Defendant-Appellant, | ) | |
| | ) | |
| CITY OF CINCINNATI POLICE, | ) | |
| | ) | |
| Defendant. | ) | |

Before: MOORE and COOK, Circuit Judges; GWIN,* District Judge.

PER CURIAM. Finding that Gradual Taylor, proceeding pro se, sufficiently alleged facts—arrest and prosecution without probable cause based on the purposeful and malicious filing of a false police report—that, when viewed in a light most favorable to him, make out a Fourth Amendment violation by Officer Hart and obviate her entitlement to qualified immunity (regardless of the fine contours of such a claim in this circuit at the time of the maliciously false report), we affirm the judgment of the district court and remand for further proceedings.

_____

*The Honorable James S. Gwin, United States District Judge for the Northern District of Ohio, sitting by designation.