UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3419

Filed: October 31, 2005

GRADUAL TAYLOR

    Plaintiff - Appellee

v.

CHERYL HART;

    Defendant - Appellant

CITY OF CINCINNATI POLICE

    Defendant

### MANDATE

Pursuant to the court's disposition that was filed 7/19/05 the mandate for this case hereby issues today.

A True Copy.

Attest:

COSTS:    NONE

Filing Fee ..........$
Printing ............$
    Total ........$

Nancy Barnes
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

NANCY J. BARNES
(513) 564-7022
www.ca6.uscourts.gov

Filed: October 31, 2005

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 04-3419
Taylor vs. Hart
District Court No. 02-00446

Enclosed is a copy of the mandate filed in this case. The certified record was never sent to this Court on appeal.

(Ms.) Nancy Barnes
Case Manager

cc:
Honorable Herman J. Weber
Gradual Taylor
Mr. Richard Ganulin