UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GRADUAL TAYLOR,

                 Plaintiff

v                                     CIVIL: C-02-446

CHERYL HART, et al

                 Defendant

ORDER

     Pursuant to the Mandate issued by the United States Court of appeals on November 1, 2005, the above styled case is hereby REINSTATED to the active docket of this Court.

     Pursuant to Western Division Rule 1, and 28 U.S.C. § 636, Timothy Black, United States Magistrate, is hereby appointed to rule upon all nondispositive pretrial motions, to report to the Court his recommended disposition of all dispositive pretrial motions, to serve as Special Master for a non-jury trial where the parties consent thereto or where an exceptional condition exists, and to report to the Court his recommended decision in this action; to preside at a jury trial where the parties consent thereto, and to enter final judgment where the parties consent thereto.

     The Magistrate is further appointed to hear and determine all post-trial motions.

**IT IS SO ORDERED**.

                                                      _____
Herman J. Weber, Senior Judge
United States District Court