# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISON

FILED
JAMES BONINI
CLERK

06 MAR -6 PM 4:01

| | | |
|---|---|---|
| **GRADUAL TAYLOR** | : | Case No. C-1-02-446 |
| Plaintiff, | : | (Judge Weber) |
| | : | PLAINTIFF WISHES TO LIMIT DEFEN- |
| **CHERYL HART** | : | DANTS ATTOURNYS' QUESTIONING AND INVOLVEMENT WITH THE |
| | : | PLAINTIFF"S FRIENDS AND BUSINESS |
| Defendant, | | ASSOCIATES ABOUT THE PROVEN |
| | : | FALSE CHARGE THAT IS PROCTED BY OHIO'S EXPUNGEMENT LAWS |

After talking to the opposing counsellor ,it became clear ,that he wanted the names of my friends and business associates. The attorney told me in the nicest possible way, that these things can be nasty. The implication was, that he could be discussing my being arrested, for what was called, many times during the course of my the trial, "Trying to hire a prostitute.and causing me further damage.
My concern is that, the mere mentioning of a person's name, in conjunction to a charge such as that, causes damage.

There was a lot of embarrassment that I had to deal with the first time I had to fight this charge, even though it was unwarranted. Apparently they are alright with trying to give me a double dipping of this embarrassment, about something that didn't happen in the first place.

Even though this was proven to be a false and malicious prosecution charge in court, and then expunged. It's not going to hurt these people if they discuss this with everyone that I know and I do business with. I understand that, to be giving out information about a case that has been expunged , is a third degree felony.

So, I want to see, what are the proper guidelines we should follow about this?
I was able to have this case expunged because I had no record, and I am known by my peers and coworkers to be a man of character.
My question is:Does the attorney for Mrs Hart have the right to cause further damagethis way?

Sincerely Plaintiff

GRADUAL TAYLOR

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document is served this day to Richard Ganulin Trial Attourney for the Defendant by regular mail

This 6th day of March 2006