**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GRADUAL TAYLOR** | ) | **CASE NO. C-1-02CV446** |
| **Plaintiff,** | ) | **JUDGE WEBER** |
| vs. | ) | |
| **POLICE OFFICER CHERYL HART** | ) | **RULE 26(f) REPORT OF THE PARTIES** |
| **Defendant.** | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on _____, and was attended by:

   _____ Counsel for plaintiff _____

   _____ Counsel for plaintiff _____

   _____ Counsel for plaintiff _____

   *The parties have had several phone conversations, but were unable to confer. Counsel for Defendant is submitting this report. Plaintiff is Pro Se.*

2. The parties:
   _____ have exchanged the discovery disclosures required by Rule 26(a)(1)
   __X__ will exchange such disclosures by __May 1, 2006__
   _____ are exempt from disclosure under Rule 26(a)(1)(E)
   _____ have agreed not to make initial disclosures.

3. The parties
   __X__ do not unanimously consent to the jurisdiction of, and entry of judgment by, the United States Magistrate Judge pursuant to 28 U.S.C. §636 ( c)
   _____ unanimously consent to the jurisdiction of, and entry of judgment by, the United States Magistrate Judge pursuant to 28 U.S.C. §636 ( c)

4. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties:   __June 1, 2006__

5. Is this case appropriate for mediation after a limited discovery period?   __No__
   Will the parties request the services of a court mediator?   _____
   Has a settlement demand been made?   _____
   Date by which a settlement demand can be made?   _____
   Date by which a response can be made to settlement demand?   _____

6. Recommended Discovery Plan:
   A. Described the subjects on which discovery is to be sought and the nature and extent of discovery that each party needs to: (1) make a settlement evaluation, (2) prepare for case dispositive motions and (3) prepare for trial:
   <u>    Conduct of plaintiff and defendant    </u>
   <u>    Plaintiff's alleged damages    </u>
   <u>    Knowledge of witnesses    </u>

   B. What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the S.D. Ohio Civ. Rules, including the limitations to 25 interrogatories, 40 request for admissions, and the limitation of ten depositions, each lasting more than one seven-hour day?
   <u>    None    </u>

   C. Additional recommended limitations on discovery:
   <u>See plaintiff's motion for protective order    </u>

   D. Described the areas for which expert testimony is expected and indicate whether each expert will be specifically retained within the meaning of Fed. R. Civ. P. 26(a)(2).
   <u>None    </u>

   E. Recommended date for identifying primary experts: <u>    N/A    </u>

   F. Recommended date for producing primary expert reports: <u>  N/A    </u>

   G. Recommended date for identifying rebuttal experts: <u>    N/A    </u>

   H. Recommended date for producing rebuttal expert reports: <u>  N/A    </u>

   I. Recommended discovery cut-off date: <u>    December 1, 2006    </u>

7. Recommended Dispositive Motion Deadline date: <u>  February 1, 2007    </u>
8. Recommended date for Joint Pretrial Order: <u>    May 1, 2007    </u>
   (at least 30 days before trial date)
9. Recommended date for trial term: <u>    June 2007    </u>
10. Other matters for the attention of the Court:
    <u>None    </u>

SIGNATURES:
Attorney for Plaintiff                                                  Attorney for Defendant or Third Parties:

                                                                        */s/ Richard Ganulin*
Ohio Bar #                                                              Ohio Bar # 0025642
Trial Attorney for                                                      Trial Attorney for Defendant