UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GRADUAL TAYLOR,
    Plaintiff,    Civil Action No: 1:02cv446

vs.

**CALENDAR ORDER**
Weber, J.

POLICE OFFICER
CHERYL HART,    Black, M.J.
    Defendant.


Pursuant to the Rule 26 Report submitted by defendant, this case shall proceed as follows:

| # | Item | Date |
|---|---|---|
| 1. | Deadline to move to amend complaint and/or adding parties: | 6/1/06 |
| 2. | Discovery deadline: | 12/1/06 |
| 3. | Dispositive motion deadline: | 2/1/07 |
| 4. | Joint Final Pretrial Conference Order: | 5/1/07 |
| 5. | Trial Term before Judge Weber: | 6/07 |


Date: 4/3/06    s/Timothy S. Black
    Timothy S. Black
    United States Magistrate Judge