## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **GRADUAL TAYLOR,** | : | **CASE NO. C-1-02-446** |
| **Plaintiff,** | : | **(Judge Weber)** |
| | | **(Magistrate Black)** |
| **vs.** | : | |
| **CHERYL HART,** | : | |
| **Defendant.** | : | |

### NOTICE OF ENTRY OF APPEARANCE OF CO-COUNSEL
### FOR DEFENDANT POLICE OFFICER CHERYL HART IN HER
### INDIVIDUAL CAPACITY

Notice is hereby given that **Donald E. Hardin,** of the law firm of **Hardin, Lefton, Lazarus & Marks, LLC** is entering his appearance as Co-Counsel for defendant Police Officer Cheryl Hart, in her individual capacity, in the above-captioned matter.

/s/ Donald E. Hardin
_____
Donald E. Hardin                    (Ohio Reg. #0022095)
**Co-Counsel for Defendant Police Officer Cheryl Hart**
HARDIN, LEFTON, LAZARUS & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202-4322
(513) 721-7300

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Entry of Appearance has been served by electronic case filing through the United States District Court, upon all counsel of record, this 9th day of June, 2006.

/s/ Donald E. Hardin
_____
Donald E. Hardin                    (Ohio Reg. #0022095)