# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

06 AUG -7 PM 3:45

| | |
|---|---|
| GRADUAL TAYLOR | : Case No. C-1-02-446 |
| Plaintiff, | : ( Judge Weber ) |
| V. | : |
| CHERYL HART | :Objection for dismissal request of my case by SONYA M. WALKER |

Now comes Gradual Taylor Pro Se

I was served a set of Interrogatories that were six pages long.

Since My case goes back six years I could see many problems with answering these questions since many of the people that they were asking questions about have changed jobs ,jobs have changed names, addresses and all have changed telephone numbers.

First of all I really did not know what they wanted. I saw it to be a big job.
The request said that I had 30 days to answer all of these things.

I also further saw this as an opportunity for the defence to find more excuses because of some little technicality or memory slip up that could occur after all this time.

I could not see how they would contact these people from my past and not mention that this was because I was once charged with something to do with prostitution.
I was not looking forward to this. Not to mention that the lead attorney said " These things can get nasty"

So until I heard about the ruling I did very little work on this project.
When the ruling came back saying that I had to give the answers to these questions . I began working on the interrogatories . I believed in good faith that I would have thirty days from the ruling,to turn the work into the attorneys even though the defence would liked to have them back in ten days eather way I felt that I could not get the work as perfect as I would have felt comfortable with .

I got the request for dismissal so I just did the best that I could to answer their Interrogatories .

I have completed the Interrogatories and they are being sent along with this document ,by certified mail to Sonya M. Walker room 214, City Hall 801 Plum Street Cincinnati , Ohio 45202

Submitted by Gradual Taylor Pro Se           _____

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.88 |

Postmark: NORTH COLLEGE HILL CONTRACT UNIT, AUG 07 2006, USPS CINCINNATI OHIO

Sent To: Sonja Walker
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4:

PS Form 3800, June 2002        See Reverse for Instructions

7002 2030 0007 7062 0141