# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **GRADUAL TAYLOR** | : | **CASE NO. 1:02CV446** |
| **Plaintiff,** | : | **(Judge Black)** |
| **v.** | : | |
| | : | **NOTICE TO TAKE DEPOSITION** |
| | : | **OF  GRADUAL TAYLOR** |
| **PO CHERYL HART, et al.** | | |
| | : | |
| **Defendants.** | | |

Please take notice, pursuant to Civil Rule 30, Defendants, by and through counsel, hereby give notice of the taking of the deposition of Gradual Taylor, on Monday, November 20, 2006, at 1:00 p.m.  The deposition will take place at the law office of Richard Ganulin, City Hall, Room 214, 801 Plum Street, Cincinnati, Ohio 45202.  The deposition will be recorded steno graphically and may be used for all purposes permitted by the Federal Rules of Civil Procedure.

All are invited to attend and participate.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor

*/s/ Richard Ganulin*
**RICHARD GANULIN (0025642)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3329
FAX: (513) 352-1515
E-mail: richard.ganulin@cincinnati-oh.gov
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify on November 9, 2006, a true and accurate copy of the foregoing Notice to Take Deposition was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system..

*/s/ Richard Ganulin*

**Richard Ganulin**
Assistant City Solicitor