UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GRADUAL TAYLOR,

                Plaintiff

    v.                                  CIVIL ACTION: C-1-02-46

CHERYL HART, et al,

                Defendant

### AMENDED SCHEDULING ORDER AND PRE-TRIAL PROCEDURES

The Joint Motion to Extend (#48) is GRANTED. The following schedule is hereby entered and shall control the disposition of the above styled case:

(1) The discovery cut-off date is March 30, 2007.

(2) Joint Status Report, including the parties' position as to Mediation, shall be filed by April 5, 2007.

(3) All dispositive Pretrial Motions shall be filed by May 31, 2007. With the dispositive motion, the movant shall file **ELECTRONICALLY** with the Court, ***deliver a courtesy copy to Chambers via email at*** weber_chambers@ohsd.uscourts.gov and serve upon opposing counsel Proposed Findings of Fact and Conclusions of Law supporting movant's request for relief. Twenty days thereafter, opposing counsel shall file with the Court and serve with its Response to the dispositive motion a copy of movant's Proposed Findings of Facts and Conclusions of Law highlighted/underlined in the following manner:

    a) Highlight/underline in **BLUE** those Findings of Fact which are true;

    b) Highlight/underline in **YELLOW** those Findings of Fact which are true but irrelevant or unimportant;

    c) Highlight/underline in **RED** those Findings of Fact which are not true; and

    d) Highlight/underline in **RED** any misstatement of law contained in the Conclusions of Law.

Opposing counsel may also file a Counter-Statement of Findings of Fact and Conclusions of Law.

Within ten days thereafter the movant shall file its Reply. If a Counter-Statement of

2

Findings of Fact and Conclusions of Law has been filed, the movant shall serve upon opposing counsel and attach to its Reply a copy of the Counter Statement of Findings of Fact and Conclusions of Law highlighted/underlined in the manner described above.

Counsel shall deliver a courtesy hard copy of highlighted/underlined Proposed and/or Counter-Statement of Findings of Fact and Conclusions of Law to Chambers.

(6) All non-dispositive motions shall include a Statement of Conference indicating whether the motion is opposed or unopposed.

(7) All proposed orders shall be e:mailed to the following e:mail address: **weber_chambers@ohsd.uscourts.gov**.

(8) Counsel shall file their Proposed Joint Final Pretrial Order by August 5, 2007 and this case shall proceed to trial in September 2007 trial term.

**IT IS SO ORDERED.**

                                                              s/Herman J. Weber
                                                              Herman J. Weber, Senior Judge
                                                                United States District Court

Rev.11/05