United States District Court
Southern District of Ohio
Western Division

GRADUAL TAYLOR,
    Plaintiff,                                                   Civil Action No.  1:02cv446

vs.                                                                   Weber, J.
                                                                        Black, MJ

OFFICER HART, *et al.*
    Defendants.                                             **ORDER**

On 12/12/06, the parties filed a Joint Motion to Extend Discovery Deadline and Modify Schedule (Doc. 48).  For good cause shown, that motion is GRANTED.  The discovery deadline is extended to 3/30/07 and the dispositive motion deadline to 5/31/07.

Date: 12/13/06

                                                         *Timothy S. Black*
                                                         Timothy S. Black
                                                         United States Magistrate Judge