| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Gradual Taylor<br>8283 Carrol Avenue<br>Cincinnati, OH 45231 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| 2. Article Number   7001 2510 0008 6348 0661<br>(Transfer from service label)   weber 02-446 | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835