United States District Court
District of Ohio

07 FEB 22 PM 1:33

February 22, 2007

Gradual Taylor ( Pro Se)

VS

Cheryl Hart

Case # 02446

Motion for the Aid of an Attorney

I am requesting that the court help me acquire the aid of an attorney.,
and to stop all current proceedings, including subpoena for my wife to have a second
follow up deposition, until I can secure one.

I am requesting approximately three months to find suitable counsel, and I am further
requesting, that the court help me obtain one.

I find myself sitting across the table from Mrs. Hart's three attorneys, and I feel a little
overwhelmed.

For seven years, I have fought the high paid attorneys on staff for the City off Cincinnati.
I had a crime committed against me, and now I am pitted against overwhelming odds. I
am a musician and I sit across the table from three attorneys and I am asking the court to
help level the playing field. Because, surely a musician is going to make legal blunders,
in which these attorneys are planning to take advantage of.

Respectfully,

Gradual Taylor

8283 Carrol ave Cincinnati, Ohio
45231

This motion is being sent by regular mail to Richard Ganulin City Solicitors office for the City of Cincinnati, 801 Plum Street Suite 214 City Hall Cincinnati, Ohio 45202