# United States District Court
### District of Ohio

FILED
JAMES BONINI
CLERK

07 FEB 27 PM 3:18

February 27, 2007

Gradual Taylor ( Pro Se)

VS

Cheryl Hart

Case # 02446

Motion for time to acquire an attorney:

I am requesting that the court stop all current proceedings, including subpoena for my wife to have a second follow up deposition, until I can secure legal counsel.

I am requesting approximately three months to find suitable counsel,.
I have sat through interrogatories for myself and then once again for my wife .
At those meetings, we answered all questions as honestly and completely as we knew how.

Then we got a notice that they wanted to see my wife again, and it is just time that we had an attorney and I need time to find one.

Respectfully,

Gradual Taylor

8283 Carrol ave Cincinnati, Ohio
45231

This motion is being sent by regular mail to Richard Ganulin City Solicitors office for the City of Cincinnati, 801 Plum Street Suite 214 City Hall Cincinnati, Ohio 45202