UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **GRADUAL TAYLOR,** | : | CASE NO. C-1-02-446 |
| Plaintiff, | : | (Judge Weber)<br>(Magistrate Black) |
| v. | : | |
| **CHERYL HART,** | : | POLICE OFFICER CHERYL HART'S RESPONSE TO MAGISTRATE'S REPORT |
| Defendant. | : | AND RECOMMENDATION DATED FEBRUARY 22, 2007 |

Police Officer Cheryl Hart withdraws her motion to compel. The motion is now moot since the parties have been engaging in discovery. There are two depositions scheduled for February 28, 2007. In the event there are subsequent difficulties obtaining discovery, Officer Hart will bring those to the Court's attention at that time.

However, given the plaintiff's recent motions to stay the proceedings Officer Hart requests a status/settlement conference with the Magistrate.

Respectfully submitted

**JULIA L. MCNEIL**(0043535)
City Solicitor


*/s/ Richard Ganulin*
**RICHARD GANULIN** (0025642C)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Telephone: (513) 352-3329
Fax: (513) 352-1515

Trial Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify a true and accurate copy of the foregoing Police Officer Cheryl Hart's Response to Magistrate's Report and Recommendation Dated February 22, 2007 was filed electronically this 28th day of February, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          /s/ Richard Ganulin
                                          RICHARD GANULIN (0025642-C)
                                          Assistant City Solicitor

JLM/RG/(chs)
(Police) Taylor - Hart's Response 0207-RG