**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GRADUAL TAYLOR,** | : | **CASE NO. C-1-02-446** |
| **Plaintiff,** | : | (Judge Weber) |
| | | (Magistrate Black) |
| vs. | : | |
| **CHERYL HART,** | : | |
| **Defendant.** | : | |

**NOTICE OF ENTRY OF APPEARANCE OF CO-COUNSEL**
**FOR DEFENDANT POLICE OFFICER CHERYL HART IN HER**
**INDIVIDUAL CAPACITY**

Notice is hereby given that **Kimberly A. Rutowski,** of the law firm of **Hardin, Lefton, Lazarus & Marks, LLC** is entering her appearance as Co-Counsel for defendant Police Officer Cheryl Hart, in her individual capacity, in the above-captioned matter.

/s/ Kimberly A. Rutowski
Kimberly A. Rutowski                    (Ohio Reg. #0076653)
**Co-Counsel for Defendant Police Officer Cheryl Hart**
HARDIN, LEFTON, LAZARUS & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202-4322
(513) 721-7300

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Entry of Appearance has been served by electronic case filing through the United States District Court, upon all counsel of record, this 23rd day of March, 2007.

/s/ Kimberly A. Rutowski
Kimberly A. Rutowski                    (Ohio Reg. #0076653)