UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

```
-----------------------------------
                                    :
GRADUAL TAYLOR,                     :
                                    :
        Plaintiff,                  :
                                    :
    vs.                             :   CASE NO.
                                    :   C-1-02-446
CHERYL HART, et al.,                :
                                    :
        Defendants.                 :
                                    :
-----------------------------------
```

VOLUME I

| | |
|---|---|
| Deposition of: | SHEILA TAYLOR |
| Taken: | By the Defendants Pursuant to Subpoena |
| Date: | February 2, 2007 |
| Time: | Commencing at 1:40 p.m. |
| Place: | City Hall 801 Plum Street Room 214 Cincinnati, Ohio  45202 |
| Before: | Kimberly L. Wilson, CSR Notary Public - State of Ohio |

# ORIGINAL

© Ace-Merit, LLC   (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

```
 1    APPEARANCES:

 2        On behalf of the plaintiff:

 3            Gradual Taylor, (pro se)
              8283 Carroll Avenue
 4            Cincinnati, Ohio  45231

 5
          On behalf of the defendants:
 6
              Richard Ganulin, Esq.
 7                  of
              City of Cincinnati Law Department
 8            801 Plum Street
              Room 214
 9            Cincinnati, Ohio  45202

10                  and

11            Donald E. Hardin, Esq.
                   and
12            Kimberly A. Rutowski, Esq.
                   of
13            Hardin, Lefton, Lazarus & Marks, LLC
              Cincinnati Club Building
14            30 Garfield Place, Suite 915
              Cincinnati, Ohio  45202

15

16

17                      - - -

18

19

20

21

22

23

24

25
```

3

1                        I N D E X

2     SHEILA TAYLOR                              PAGE

3         Direct Examination by Mr. Ganulin        4
          Cross-Examination by Ms. Rutowski       42
4         Cross-Examination by Mr. Hardin         43

5

6

7                     (No exhibits.)

8                       -  -  -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

© Ace-Merit, LLC   (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

<pre>
 1                      SHEILA TAYLOR
 2    of lawful age, a witness herein, being first duly
 3    sworn as hereinafter certified, was examined and
 4    deposed as follows:
 5                   DIRECT EXAMINATION
 6    BY MR. GANULIN:
 7         Q. Please state your name and address.
 8         A.   Sheila Taylor, 8283 Carroll Avenue,
 9    Cincinnati, Ohio 45231.
10         Q.   Are you the wife of the plaintiff in this
11    case --
12         A.   Yes.
13         Q.   -- Gradual Taylor?
14         A.   Yes.
15         Q.   As I explained off the record, I just want
16    to make sure you're clear that you're providing sworn
17    testimony today subject to the laws of perjury.  Do
18    you understand that?
19         A.   Yes.
20         Q.   And if you don't understand a question I'm
21    asking, please ask me to repeat it.  I'll try to be
22    as plain and clear as I can be.
23         A.   Okay.
24         Q.   Do you have any -- excuse me.  What was
25    your maiden name?
</pre>

1   A. Dixon, D-i-x-o-n.

2   Q. And have you been known by any other names

3 besides Dixon and Taylor?

4   A. No.

5   Q. How long have you been married to Mr.

6 Taylor?

7   A. About a year and a half.

8   Q. How long have you known him?

9   A. 22, 23 years.

10   Q. So back in the 1980s?

11   A. Yes.

12   Q. Can you explain how you met?

13   A. I met him when he was playing a job

14 somewhere.  He was a musician and we started seeing

15 each other.

16   Q. How long did you see each other?

17   A. Since I was 19.  How long?  I don't --

18   Q. Yeah.  You started seeing him when you

19 were 19?

20   A. Correct.

21   Q. And have you been together since that

22 time?

23   A. Pretty much on and off.  There was a

24 couple of on-and-off times, but pretty much, yes.

25   Q. Can you tell me about the off times, when

1    did those occur?

2         A.    I don't know.  We're talking -- we're

3    going back a long time here.

4         Q.    Let's start at the beginning when you were

5    19.  How long did you stay together starting when you

6    were 19?

7         A.    About four years and then our off times

8    were only a few months here and there.  It was not

9    anything major.  It was -- I was very young, so -- I

10   can't even remember.  This is a long time ago.

11        Q.    You can just take a minute to just try to

12   remember.  I don't need specific details, but more or

13   less do you remember why you broke up the first time?

14        A.    Just general disagreements.  You know,

15   boyfriend/girlfriend stuff.  I mean, I don't remember

16   anything specific.  It's been a long time ago.  I was

17   very young and I had a lot of family, you know, that

18   thought I should have been with somebody my own age.

19   That was a little bit of it.

20        Q.    Okay.  And once you got back together at

21   that point after -- how long did you split?

22        A.    Not long.  A couple of months.  Two or

23   three months.

24        Q.    And then you got back together.  You were

25   more or less about 23 years old at that time, give or

1    take a year or so?

2         A.    Well, we had -- our first child was born

3    when I was 23, so we have a daughter that is now 18

4    that we had together when I was 23.

5         Q.    And did you have another off time after

6    your daughter was born?

7         A.    About six or seven months, yes.

8         Q.    For a period of six or seven months --

9         A.    Yes.

10        Q.    -- or six or seven months after your

11   daughter was born?

12        A.    It was a period when I was late pregnancy

13   until she was about six or seven months old.  I would

14   say maybe it lasted eight, nine months.

15        Q.    And then when your daughter was six or

16   seven months old, you got back together?

17        A.    Uh-huh.

18        Q.    And how long were you together from that

19   point forward to when you split up again?

20        A.    We didn't split up again after that.  We

21   have been together ever since.

22        Q.    You have other children with Mr. Taylor?

23        A.    One, yes.

24        Q.    Two children altogether?

25        A.    Yes.

1          Q.    Did you have a chance to read Mr. Taylor's
2    deposition transcript?
3          A.    No.
4          Q.    Did he talk to you about the deposition?
5          A.    A little bit, yes.
6          Q.    Do you know that he identified you as a
7    witness in this case?
8          A.    Yes.
9          Q.    Do you know why you're identified as a
10   witness?
11         A.    Yes.
12         Q.    Can you tell me?
13         A.    Because the day that it happened, we --
14         Q.    Just so we're clear, when you say "the day
15   that it happened," what are you referring to?
16         A.    The day that he was arrested, okay,
17   downtown.  He called me from jail to come down and
18   get him.  That's -- that's what he did.  That's how I
19   was a witness.  And I had to go down and I had to go
20   to -- and I looked at the complaint that was done at
21   that time because they showed it to me because I was
22   very shocked -- needless to say I was extremely
23   shocked by it and I was waiting for him when he got
24   out that day.
25         Q.    And then did you leave him because of that

1    arrest?

2         A.    Yes, I did.

3         Q.    When did you leave him?  I thought before

4    you said you didn't have any other off times.

5         A.    I thought you were talking about prior to

6    this incident.  I'm sorry, I didn't understand.  I

7    thought you were talking about prior to this

8    incident --

9         Q.    Okay.

10        A.    -- because we're talking about a

11   20-some-year span relationship that we've had.  But

12   prior to the relationship that -- prior to the

13   incident of that date, the ones I told you about were

14   the only times we really split up and it wasn't for

15   very long.  We did split up over that because I was

16   extremely upset over the complaint.

17        Q.    Did you leave him that day?

18        A.    Within the next day or two.  I can't

19   remember if it was that night or the next night.  It

20   was within the next couple of days.

21        Q.    And the two children went with you?

22        A.    Yes.

23        Q.    Where did you go?

24        A.    I stayed with a friend of mine that lived

25   in the neighborhood of Deer Park and then I went and

1    stayed with my sister for a little while.

2         Q.    And how long did you stay apart?

3         A.    I'm trying to remember exactly.  It was a

4    few weeks, maybe.  I'm not exactly -- I can't exactly

5    remember how many days.  He was telling me that it

6    wasn't true and one of the reasons that made me

7    believe him is he had never done anything like that

8    ever.  In fact, just the notion of hiring a

9    prostitute, you know, to me was unbelievable.  It was

10   a shock to me, but a police officer stated it, so you

11   know, it's hard for me to believe that somebody --

12   you know, that a police officer would not be telling

13   the truth at the time.

14              And so we talked about it and I looked at

15   the complaint, actually was able to see it online,

16   but when I got angry, I do really -- I did at the

17   time.  I was a lot younger then.  I did a lot of

18   stupid things and I ended up just basically -- I feel

19   like the business was mostly created by me because

20   I'm the person that sells.

21        Q.    Which business?  Why don't you describe

22   that?  And we'll talk about that some more, but --

23        A.    Okay.  We had a business.  It's called All

24   American Marketing and basically I sell ads on vinyl

25   phone book covers and had done that at other

```
 1    businesses in Cincinnati.  I became very good at it
 2    right around the time that my daughter -- I was
 3    pregnant with my daughter.  I became successful at
 4    something.
 5           Q.    First or second daughter?
 6           A.    I only have one daughter.
 7           Q.    I'm sorry.  Then the -- she's 22?
 8           A.    She's 18.
 9           Q.    Okay.
10           A.    She's 18.  We also have a 12-year-old son
11    named David.  But when I was pregnant with my
12    daughter, I actually waited tables and then I found a
13    job selling.  And I didn't know that I was good at
14    it, but I became very good at it and I worked at a
15    few different companies in the city.  And basically
16    this business is built around a salesperson.  A
17    salesperson sells ads to business owners across the
18    country via telephone and then you -- it's on a vinyl
19    phone book cover that goes over major phone books
20    across the country.  So it's a business that can be
21    done anywhere.  It can be done in California,
22    Timbuktu, from your bedroom.  I mean, it's just the
23    way that it works.
24                 So because I felt like -- and I brought my
25    husband into -- then boyfriend at the time into the
```

1    business when I was working at a company called

2    Telecorp.  And my husband was a musician and he

3    basically played music on Friday and Saturday nights

4    and did this for the entire time from the time I met

5    him until just a few years ago.  And sometimes I felt

6    that my husband needed something in case when he

7    became older that you couldn't always just be a

8    musician.  There's a 15-year age difference between

9    us and I think along the security and the future

10   lines and he was a musician and the creative type.  I

11   have no creativity whatsoever about myself.

12          So I brought him in the business and he

13   started selling and he was terrible at it, absolutely

14   terrible.  But, you know, our business, not only is

15   there a seller, there's a person who goes out to the

16   businesses and presents the items that are ordered

17   from the client and they pick up payment and we call

18   them field reps.  So I knew instantly that because my

19   husband had been a musician and he's dealt with

20   people for 30, 40 years, you know, that he would be

21   very good at going into offices and, you know,

22   presenting the product and he became a delivery

23   person or field rep, so to speak.

24          So when we had our own business, I did the

25   selling.  I did the proofing of the ads and typed and

1  did all that kind of stuff and he basically took the

2  product and did the collections.  That's how it

3  works.

4           MR. GANULIN:  Do you want us to wait,

5       Gradual?  We can go off the record for a

6       second.

7           (Off the record.)

8           MR. GANULIN:  Let's go back on.

9  BY MR. GANULIN:

10      Q.   And if you would, continue explaining the

11  nature of the business, please.

12      A.   Okay.  I don't know what else there is.

13  You sell ads on vinyl phone book covers to businesses

14  across the country.  You produce the product here and

15  then you take it to wherever you're selling it from.

16      Q.   Let me bring you back to the question we

17  were on before I asked you to explain the nature of

18  the business and that is, you testified, I think, you

19  moved back into the house several weeks after you

20  left --

21      A.   Yes.

22      Q.   -- is that correct?  And I asked you why

23  you moved back at that point and you started talking

24  about the business.

25      A.   Okay.  I moved back because at that point

1    I had known him, oh my God, 15 years, maybe.  I don't

2    know if that's exactly right.  I had known him since

3    '84 to 2000.  That's 16 years, I guess.  And in that

4    time, being that he was a musician, I knew that my

5    husband would never have had to -- or boyfriend at

6    the time would never have had to pay a girl.  I mean,

7    there was always girls in the bars, always, that

8    will -- you know -- I mean, there was always girls

9    that liked musicians that, you know, thought they

10    were great no matter what they did and for me I just

11    believed him.  I believed that he was telling the

12    truth.  And it took me awhile because I was raised to

13    believe that when the cop -- when the police officer

14    says something, that it is fact.

15            I've not had a lot of dealings with police

16    in my life and neither has my husband, but personally

17    I myself have had very little dealings with police

18    officers, but I always thought that there was -- when

19    I read it originally, it was more shock.  It was more

20    surprise and it was -- I was embarrassed.  I was

21    extremely embarrassed.  I had a house full of people

22    at the time, relatives of my husband -- his mother

23    was on her deathbed, literally, and the doctors were

24    calling all the time.  I had to drive his aged aunt,

25    who was in her 80s, to the hospital to see her

```
 1    sister.  It was her sister.  My husband and I were
 2    trying to continue to earn a living because I had to
 3    sell ads and he needed to go -- he was, at the time,
 4    going to El Paso, Texas, I believe it was, with two
 5    sets.  Usually he goes for one at a time, but we had
 6    done two because it was so far away we wanted to make
 7    it economical to do two at one time -- two covers for
 8    the area and do it at one time instead of making two
 9    separate trips.
10              So, yeah, I moved back into the house
11    after I believed -- and plus, all this was going on
12    with his mother.  You know, his mother was dying.
13    They needed me and I didn't want his family members
14    or mine to find out about that charge.
15         Q.   And you have not moved out since, you
16    testified?
17         A.   Since I went back?
18         Q.   Right.
19         A.   No.
20         Q.   You keep the books for the business; is
21    that correct?
22         A.   Pretty much, yes.  I mean, mostly the
23    reason that I worked from home was because when our
24    daughter went to school, she did not like school and
25    she had been in day care the entire time.  So when I
```

1    got pregnant with my son -- let me back up.

2            When my daughter started school, it was a

3    problem from the time she went to kindergarten.  I

4    mean, just -- she hated school and -- and I had her

5    in day care and I wanted to be able to be at home,

6    first off, for her, when she got home from school,

7    but then I became pregnant with my son.  He was born

8    in '94 and I wanted to be able to be home with him.

9    I did not want to send him to day care like I had

10   Crystal.

11        Q.   When you were subpoenaed to attend, the

12   subpoena asked you to bring the financial records for

13   the business.  Did you bring those?

14        A.   No.  That was seven years ago and I don't

15   have them anymore.  It's been a long time ago.  This

16   has been -- I know at the time basically we were

17   covering the business -- everything we made basically

18   went back.  We had to buy a copier.  We had to buy

19   computers.  We had to buy software for the art person

20   to do the layout of the covers.  Sometimes it seemed

21   like it wasn't worth it to me because we were always

22   paying out, but in the end it was worth it because I

23   got to be home with my baby, so that's pretty much

24   why I did it.

25        Q.   Really, I think you were requested to

```
 1    bring in the financial records for the business from
 2    whatever years you had before and after, but --
 3          A.    I thought it was up until then.
 4          Q.    It wasn't -- it wasn't just up until that
 5    time.  It was since that time, too.
 6          A.    Well, I misunderstood what I was asked for
 7    and I don't have that.  I mean --
 8          Q.    Just so we're clear, you haven't brought
 9    any tax returns or any --
10          A.    No.
11          Q.    -- income statements or balance sheets
12    or --
13          A.    No.
14          Q.    -- anything at all?
15          A.    No, because I thought that's what you
16    wanted for that year.  I did not know.
17          Q.    Are there any other businesses for which
18    you keep the books?
19          A.    No.
20          Q.    Does Mr. Taylor have a musical business, a
21    band business that you keep the books for?
22          A.    No.
23          Q.    The best you can remember, do you and Mr.
24    Taylor report income jointly?  Do you file joint
25    federal income tax returns?
```

1       A.   We did it under All American Marketing.

2  We were self-employed and a lot of our -- a lot of it

3  was written off because so much went in -- when it's

4  only one salesperson, it's not like having a roomful

5  of telemarketers.  You've got one.  So basically I

6  would do a cover once every couple of weeks -- once

7  every two weeks.  A couple of covers a month

8  basically is what I did.  And when you sell those

9  ads, on each cover there's between 15 to 25 ads, so

10  it takes awhile to sell that many ads.  Plus, in

11  addition, not only selling it, you've got to lay it

12  out, you've got to proof it and all those kind of

13  things to go along with doing the job.

14       Q.   But my question is whether you and Mr.

15  Taylor filed joint income tax returns.

16       A.   Yes, I believe we did.

17       Q.   I mean, last -- for -- have you filed yet

18  for 2006?

19       A.   No.

20       Q.   Did you file in 2005?

21       A.   Yes.

22       Q.   Did you file a joint income tax return?

23       A.   Yes.

24       Q.   And you have those?  I know you didn't

25  bring them today, but they're available?

1      A.    I'm sure I do.

2      Q.    Would you have your returns for 2004?

3      A.    Yes.

4      Q.    How far back do you think you have them?

5      A.    I know -- I know I have 4s and 5s readily

6   available is what I'm saying.  4s and 5s would be the

7   ones I would have readily available.

8      Q.    But prior years, you don't think you have

9   access to those?

10     A.    Well, we had a move and stuff.  I mean, we

11  bought a home in '04.  We had a move.  I'm sure I

12  could come up with at least three years' worth.

13     Q.    Is your business a corporation?

14     A.    No.

15     Q.    A sole proprietorship?

16     A.    Yes, but I want to intercede that in '04 I

17  went and worked -- I worked at a company.  I decided

18  to go work for a company, so I -- '04 and '03 I

19  worked for a company.

20     Q.    So you got a W2 form from them?

21     A.    1099, yes.

22     Q.    When did you form the business -- I'm

23  sorry, what was the name again?  American --

24     A.    All American Marketing.

25     Q.    All American.  When did you form that?

```
 1        A.    Back in '93.
 2        Q.    And did Mr. Taylor begin to work then?
 3        A.    Yes.
 4        Q.    And he's continued to work with All
 5   American since then?
 6        A.    As long as I was selling for the -- that
 7   business.  Sometimes I will go and work for another
 8   business, if the offer is good enough.  There's a lot
 9   of companies that do what we do and some of them will
10   offer -- will want me to go work for them for a while
11   and make money for them.
12        Q.    And did the business pay Mr. Taylor a
13   salary each week or was it a commission or how did it
14   compensate Mr. Taylor?
15        A.    Well, are we talking about back in 2000?
16        Q.    Starting at the beginning in '93.
17        A.    We basically -- other than what we put
18   into the business, we lived on basically.  I mean,
19   other than what went into the business as far as
20   printing, paying someone to do artwork, paying to
21   have the cover shipped to wherever they needed to be,
22   we basically, after that, if it -- if we weren't
23   buying something or repairing something or software
24   or something, we basically lived off of whatever
25   else, which --
```

```
 1          Q.   So the business did not file a separate

 2    tax return, is that what you're saying?  You two

 3    filed a joint return as individuals?

 4          A.   And being a -- being under the name of All

 5    American Marketing.  It was like All American

 6    Marketing and then it asked for the owner's name and

 7    this and that.

 8          Q.   Do you remember what the revenues of the

 9    business were going back to when you began it,

10    roughly?

11          A.   I would say between -- it would be under

12    28,000.

13          Q.   The revenues?

14          A.   Are you meaning before or after?

15          Q.   Well, let's start in '93 or '94, as far

16    back as you can remember.

17          A.   Sometimes we did more covers than other

18    years.  It's according to how much I was wanting to

19    work at the time, so to speak.  I mean, like when I

20    had the baby, you know, I didn't work as much, you

21    know.  When -- other times I would work more than

22    other times.  So as a yearly gross, I would say they

23    varied between, you know, 20,000, 22 up to 28, okay.

24    I mean we didn't really get rich off the business,

25    but we -- I was able to stay at home.
```

```
 1          Q.   Again, you're referring back to the '90s
 2    now?
 3          A.   Yes, I am.
 4          Q.   But the business did not depend on Mr.
 5    Taylor for the revenue, I think you said.  You took
 6    care of the sales, if I recall your testimony, and he
 7    did the deliveries?
 8          A.   Correct.  That is correct.  Without sales,
 9    there is no business in our business.
10          Q.   And you were the salesperson?
11          A.   I am, yes.
12          Q.   You are.  At some point did the revenues
13    change over time?  Did they go --
14          A.   Up or down, is that what you're asking?
15          Q.   Yes.
16          A.   They would go up and down --
17          Q.   Like, as we move to the latter part of the
18    '90s, what were the revenues?
19          A.   I'm trying to remember and I'm trying to
20    make sure that this is right.  And as far as my
21    estimation will go, some years they would be 18-,
22    19,000; sometimes they would be 22.  They were always
23    between 18 and 28.  Now, 28 being when I was really
24    working and 18 being when I really wasn't.
25          Q.   I think you said it varied depending on
```

```
 1    the effort you made, the time you spent with your
 2    kids and other things going on --
 3         A.   Well, yes.
 4         Q.   -- in your life?
 5         A.   Sales -- in any sales job -- people buy
 6    the ad, especially over the telephone -- they can't
 7    see your face.  They can't, you know, see your
 8    mannerisms.  They can only hear your voice.  If you
 9    are not up all the time -- I mean, I'm talking to
10    business owners.  If I'm not excited about the
11    product, he's not excited about the product.  So a
12    lot of it depends on your mood for the day.  You
13    know, they always say leave your troubles at the door
14    and that's how it works.  And if you're not in a
15    great emotional frame of mind, you might not do so
16    well.
17         Q.   And has that range of 18- to 28,000
18    continued through to this year -- last year?
19         A.   I did really well when I worked in an
20    office because all I had to do was sale, but when I
21    worked from home, I had a lot more responsibilities.
22    When I go to work in an office, all they want me to
23    do is sell ads.  When I worked from home, there's,
24    again, proofing and all the other things that go
25    along -- there's administrative work.  You know,
```

```
 1    there's invoices to type.  There's a lot more work at
 2    home than there is when I go to work for somebody
 3    else.
 4         Q.   So have the revenues changed over time?
 5    In other words, let's talk about the 2000s.  Have the
 6    revenues for All American been --
 7         A.   Pretty much the same.
 8         Q.   -- 18 to 28?
 9         A.   Uh-huh.
10         Q.   Again, still depending on your own
11    personal effort?
12         A.   Yes, it's all personal effort, sir.
13         Q.   Now, when you said for -- I think it was
14    2003 and 2004 you worked for another firm?
15         A.   Yes, I did.
16         Q.   That was separate and apart from All
17    American as I understand what --
18         A.   That is correct.
19         Q.   Did you continue to work for All American
20    during that same time?
21         A.   No, but what I did do, when I did not work
22    from home in the years -- because I -- I'm trying to
23    remember all the years that I worked outside the
24    house.  I worked outside of the house -- in fact, I
25    work at home now, although I'm working for somebody
```

1    else.  They just let me work from home.  All I have

2    to do is sell ads.  But I worked out of the house in

3    '03, '04, '02 and parts of 2000, parts of '01,

4    because I can flip back and forth.  I mean, I can

5    work from home, if I want, for my company, or I can

6    go to work for them or sometimes I simultaneously

7    work for both.

8         Q.    And is that what you're doing now?

9         A.    Simultaneously working for both?

10        Q.    Now.

11        A.    I have been for the last while, yes.

12        Q.    How about Mr. Taylor, at the times when

13   you're not selling for All American so that he can

14   handle his responsibilities, then what work is he

15   doing during those --

16        A.    We pretty much abandon the business and

17   then he'll go to work for doing deliveries, same

18   thing, for somebody else is what he'll do.  And

19   they'll pay him commission on the deliveries that he

20   picks up.

21        Q.    But you have a set of books, I presume,

22   for All American that goes back quite a few years?

23        A.    I file taxes every year under it.  If

24   there were a lot of write-offs, I would go to an

25   accountant or H&R Block.  Sometimes I did it myself,

1    depending on how complicated I thought it was going

2    to be.  But taxes were filed every single year for

3    All American Marketing that I worked for All American

4    Marketing.

5         Q.   Right.  Besides the tax returns -- I'm not

6    asking about the tax returns right now -- do you have

7    any other books to reflect the financial status of

8    All American?

9         A.   Well, there is no financial status of All

10   American Marketing when I'm not working in it.  If

11   I'm off -- if I'm not working for years and I'm

12   working for another company, there's no business

13   without me selling any --

14        Q.   Right.  But for the years you are working,

15   are there other financial records that you keep?

16        A.   Not anymore.  It's been a very long time

17   since I totally committed myself to that business.

18   It's been a long time.

19        Q.   But All American is still active now, I

20   thought you said?

21        A.   From time to time I will do a cover, only

22   one, here or there under the name because I've been

23   forced -- since the time that I totally abandoned the

24   business as far as it was what I did every day, it

25   was what we -- I didn't work for nobody else, since

```
1    the time that I abandoned it and went to work for
2    other people, I pretty much -- because by the time
3    that that happened, it was the year 2000.  My son was
4    six and he was going to school that year and I had
5    spent the years being able to be at home with him.
6    And when I work at another company, I can still
7    sometimes work from home, if I want to, or I can work
8    in the office.  So I've pretty much been working for
9    other companies off and on as long as I want to.
10        Q.   And Mr. Taylor has been doing the same
11   thing then, working for other companies?
12        A.   Yes.
13        Q.   You hesitated a little bit.
14        A.   Well, I hesitated because there was just
15   one time when he didn't have a car for a long time,
16   but other than that, yes.  That's why I hesitated.
17   His car (sic) depends on him having a dependable
18   vehicle and things like that and there was one point
19   where --
20        Q.   You said his car, but you meant his work
21   depends on him having a vehicle?
22        A.   Correct, yes.  And there was one time when
23   he just didn't have a dependable -- dependable
24   vehicle to go across the country in and he didn't
25   work for a little while.
```

1      Q.    What time frame was that?

2      A.    It was -- I want to say '05 --

3   September of '05 until about September of '06.  It

4   was about -- he was off for about a year.  He did a

5   couple of jobs using our other car, but we really

6   didn't want to put the miles on that car.  We wanted

7   him to have a cheap, inexpensive vehicle that was

8   dependable that could rack up the miles as opposed to

9   putting it on our other car.

10     Q.    Did I hear you say that in 2000, the same

11  year as the arrest, your son started school that

12  year?

13     A.    Well, he would have been -- my son's

14  birthday was in October, so he would have started in

15  October following -- he was still at home at that

16  point.  In time that winter, he would have been home,

17  but he went to school later.  He actually went to

18  school when he was six because of his birthday.

19     Q.    Is there any other income that you take

20  care of for Mr. Taylor besides what you've described

21  so far?

22     A.    That I take care of?

23     Q.    Take care of or are aware of for Mr.

24  Taylor?

25     A.    Other than our business?  Well, he did do

```
 1    music.  I mean, he did play in the band.  I mean, he
 2    made money doing that.
 3         Q.   And did you take care of that money?  Did
 4    he give it to you?
 5         A.   Did he give it to me?
 6              MR. TAYLOR:  Oh, boy, she's in trouble
 7         with that one.
 8         A.   I don't understand the question.  I don't
 9    understand what you're asking me.  Are you saying did
10    he come home and give me his money?  I don't know.
11              MR. TAYLOR:  That's pretty much what
12         happened.
13    BY MR. GANULIN:
14         Q.   Did you keep any books for Mr. Taylor's
15    music business?
16         A.   Did I keep the books for it?  Well, yeah,
17    we included it in income that we made.  Any income
18    that we made from him playing music was, of course.
19    But, again, he was self-employed as a musician.
20         Q.   Do you remember approximately what the
21    revenues were for him annually starting as far back
22    as you can remember?
23         A.   No, I don't.  I don't.  I mean, I really
24    don't know.  It's been a long time ago.  I don't
25    know.
```

1      Q.   On an annual basis, do you have any idea,

2   roughly, how much money he would add to the family

3   income as a musician, more or less?

4      A.   I'm trying to think in my head how that

5   went.

6      Q.   Like $1,000 a year?  $2,000 a year?  Any

7   idea?

8      A.   He brought in another, I would say, 5- or

9   6,000 doing that.  I'm just guessing here, by the

10   way.  That is not concrete and I'm not totally sure.

11      Q.   That would be going how far back?

12      A.   Well, he played music from the day I met

13   him until -- I don't know.  It was -- I even can't

14   exactly remember when he stopped.  It's been -- this

15   is a long time ago.  It's hard to remember exactly to

16   the moment.  I'm not sure.

17      Q.   I don't need to know exactly to the

18   moment, but did he stop back in the '90s as he

19   started to work for All American?

20      A.   He always played music up until around

21   2001, I want to say, because what he would do is we

22   would schedule it so that he would be in -- say he

23   had to be in El Paso.  He would be in El Paso on

24   Sunday night and we would make sure that he was back

25   by Friday night so he could play, because when he

1    played music it was always a Friday and Saturday
2    night so we always made sure he would be back when he
3    had gigs to play.
4         Q.   He stopped playing more or less in 2001,
5    you think?
6         A.   I want to say between the end of 2000, mid
7    2000, to the end of 2001.  I'm not exactly sure of
8    that, to be truthful.  The musician thing was never
9    my thing, so --
10        Q.   Do you know why he stopped playing?
11        A.   I really don't know why.  I've asked him a
12   couple of times.  I really didn't care for the bars
13   and so for me I was happy, but, I mean, for him,
14   that's what he loved to do, you know.  I mean, that's
15   what he loved to do from the time that I knew him.  I
16   met him playing music.  So even when he was not
17   playing music, he was doing stuff at home with his
18   recorders and whatnot.  He has all kinds of stuff.
19        Q.   You didn't care that he stopped earning
20   that additional income?
21        A.   Did I care?  No.
22        Q.   What did he tell you when you asked him
23   why he stopped playing?
24        A.   I really didn't ask him to stop because,
25   frankly, I was kind of -- I don't know.  In a way it

```
 1    just didn't matter to me whether he made it or not.
 2    It wasn't like it was going to -- you know, I always
 3    knew that I had earning potential and from the time I
 4    was -- since the time I was 23, I've always been able
 5    to make money.  So to me, him playing music, that was
 6    his thing, that was his love, that was his joy, not
 7    mine.  So when he made money at it, great, I'm happy
 8    for it, but if he didn't, it didn't matter to me
 9    either.
10         Q.   Does he still play music at home?
11         A.   At home?  Sometimes, not often.  More a
12    little bit lately because our 12-year-old son is
13    interested in it.
14         Q.   He just doesn't go work in bars anymore;
15    is that what you're saying?
16         A.   No.
17         Q.   After he was arrested and you went to bail
18    him out, do you remember what he told you?
19         A.   Oh, I remember that day.  After I was
20    sitting waiting for it seemed to me a long time and
21    he came out of the Justice Center and we were walking
22    down the street and I remember it was very cold and
23    my husband -- the car was God knows where.  We were
24    walking to wherever the car was.  And we were walking
25    down the street and I said to him I cannot believe
```

```
 1    you did this, because I had read the complaint when I
 2    had went up to find out when he was getting out and
 3    if I had to pay money or whatever.  I don't remember.
 4    But the guy had showed it to me because I was like,
 5    wait, let me see that.  He was like the 50-year-old
 6    guy that got arrested for prostitution or
 7    prostitute -- something to that effect.
 8              So I asked to see the complaint because I
 9    was so shocked and he showed it to me and I read it.
10    And when he came out of the Justice Center and we
11    were walking -- I remember it was extremely cold --
12    and he was ahead of me -- he walks very fast.  I can
13    barely keep up with him.  I was like I can't believe
14    you would do this.  I was pretty angry.  I was
15    yelling at him.  And he goes what are you talking
16    about.  And I said -- I think the exact wording was
17    loitering for the solicitation -- for solicitation or
18    something to that effect.  I don't know exactly that
19    that was the exact terminology that was on that
20    complaint, but everyone -- but I knew what that meant
21    and I had read the complaint.  He goes, no, no, I got
22    arrested for -- he thought he got arrested for
23    loitering.  So he drags me back into the Justice -- I
24    mean, when I say "drag," I don't mean drag.
25         Q.   I understand.
```

1      A.   I don't mean he took my by the hair of the

2    head.  He said I got arrested for loitering.  I said,

3    no, that is not what the complaint said.  I read it.

4    He goes, no, no, you're wrong, you're wrong.  So we

5    go back about a block and a half.  By this time we're

6    about two blocks away from the Justice Center and I'm

7    cold and I'm mad.

8      Q.   Let me just ask you to talk a little

9    slower because she's probably --

10      A.   I'm sorry.  When I got to this, I get mad.

11    I'm sorry.  So we go back to the Justice Center and

12    he reads it.  And then that night I was able to go

13    online and read it online again, you know.  But he

14    was shocked that it said that and that's one of the

15    reasons that later, after I calmed down -- I hope I'm

16    going slow enough -- after I calmed down later --

17    weeks later or however long it was that made me

18    believe him because his initial reaction was not of a

19    man that was trying to lie to me.  He was -- he was

20    as surprised as I was because he made us go all the

21    way back to read it at the court -- or the Justice

22    Center.

23      Q.   And besides his denying it, anything else

24    that you can remember him telling you?

25      A.   Well, I'll be honest with you.  Again, we

```
 1    had his sister staying with us, her teen-age son,
 2    another sister was there.  Two sisters total.  Both
 3    of his sisters were there, her son.  Various
 4    relatives because his mother was dying and I could
 5    not believe that between needing to go to El Paso so
 6    that we could, you know, live and needing to take
 7    care of his dying mother -- because he was the one
 8    that they called -- the doctors called.  He was the
 9    one who was, I guess, her guardian, you could say --
10    that he would stop to make a pit stop to get a
11    prostitute.  I mean, that just didn't -- after I
12    calmed down, it did not make a whole lot of sense.
13    He was very upset about his mother.  They were
14    wanting him to take her off life support.  Neither
15    one of us had ever been in that position before.  We
16    didn't know what the right thing to do was.  He
17    didn't.  It was up to him.  And after I calmed down
18    somewhat -- and I'm a very excitable person -- it
19    just didn't seem to make sense to me.  And I did
20    believe him because I did remember his reaction when
21    I told him on the street -- when I was yelling at him
22    about the complaint, what it said.
23         Q.   Do you know if Mr. Taylor has ever filed
24    any other lawsuits in the past?
25         A.   Do I know of any?  No, I don't, not that I
```