UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

- - - - - - - - - - - - - - - -
GRADUAL TAYLOR                     :
                                  :
          Plaintiff,              :
    vs.                           :    Case No. C-1-02-446
                                  :    (Judge H. J. Weber)
CHERYL HART, P767, et al.         :
                                  :
          Defendants.             :
- - - - - - - - - - - - - - - -


          Deposition of:   GRADUAL TAYLOR

          Taken:          By the Defendants

          Date:           Tuesday, November 28, 2006

          Time:           Commencing at 2:00 PM

          Place:          City of Cincinnati Law
                          Department
                          Room 214 City Hall
                          801 Plum Street
                          Cincinnati, Ohio  45202

          Before:         Luke T. Lavin, RDR, CRR
                          Notary Public - State of Ohio


# ORIGINAL

```
 1    APPEARANCES:

 2         On behalf of the Plaintiff:

 3              Gradual Taylor (pro se)
                8283 Carroll Avenue
 4              Cincinnati, Ohio  45231

 5         On behalf of the Defendants:

 6              Richard Ganulin
                Assistant City Solicitor
 7              City of Cincinnati Law Department
                214 City Hall
 8              801 Plum Street
                Cincinnati, Ohio   45202
 9
                Kimberly A. Rutowski, Esq.
10              Hardin, Lefton, Lazarus & Marks
                915 Cincinnati Club Building
11              30 Garfield Place
                Cincinnati, Ohio  45202-4322
12              Phone:  (513) 721-7300

13    Also present:

14    Cheryl Hart.

15
                         - - -
16

17                      I N D E X

18              Cross-Examination by:        Page

19              Mr. Ganulin .............     3

20              Ms. Rutowski .............    80

21
                         - - -
22

23

24

25
```

```
 1                    GRADUAL TAYLOR
 2    being by me first duly cautioned and sworn, deposes
 3    and says as follows:
 4                    CROSS-EXAMINATION
 5    BY MR. GANULIN:
 6              Q.    Please state your name and address.
 7              A.    My name is Gradual Taylor.  I live at
 8    8283 Carroll Avenue in Cincinnati, Ohio.
 9              Q.    And, Mr. Taylor, you're the plaintiff,
10    are you not, in a lawsuit entitled Gradual Taylor
11    versus Cheryl Hart?
12              A.    Yes, I am.
13              Q.    It's pending in the United States
14    District Court.  Is that correct?
15              A.    As far as I know.  I don't have my
16    paperwork in front of me.
17              Q.    Okay.  Have you ever had your depo-
18    sition taken before?
19              A.    No.
20              Q.    Okay.
21              A.    I don't believe so.
22              Q.    Okay.
23              A.    Not to my -- you know, I don't believe
24    so.  Like I've had to have testimony taken from me
25    for situations that have happened to me like in --
```

```
 1    once my house was burglarized and that.  So I'm

 2    trying to answer correctly.  I hope I am.

 3              Q.   Okay.  I just want you to understand

 4    you're giving sworn testimony today the same as if

 5    you were giving sworn testimony in court.

 6              A.   Yes.

 7              Q.   And this is subject to the laws of

 8    perjury.

 9              A.   Yes.

10              Q.   You understand that?

11              A.   Yes.

12              Q.   And if you don't understand any ques-

13    tions that I'm asking, I'm Richard Ganulin on behalf

14    of the City of Cincinnati.

15              A.   Uh-huh.

16              Q.   The other lawyer here is Kim Rutowski.

17    She represents Ms. Hart, also, as I do, and she also

18    represents the Fraternal Order of Police, the police

19    union.  And this is Police Officer Hart, who you have

20    sued in this case.

21              A.   Yes.

22              Q.   You recall you filed a handwritten

23    Complaint?

24              A.   Yes, sir, I did.

25              Q.   Okay.  And what I need you to start
```

```
 1    doing today is tell us in as much detail as you can
 2    what transpired on the night in question that led to
 3    your arrest.
 4              A.    I will do the best I can.  It's
 5    been -- what is it? -- like seven years; six years,
 6    seven, something like that.
 7              Q.    I think you filed your lawsuit in
 8    2002, if I'm not mistaken.
 9              A.    But you're asking me about something
10    that happened seven years ago.  Okay?  I'll do the
11    best that I can.  And I might get things a little out
12    of order.  I'll try to keep it the best I can.
13              How would you like me to begin?
14              Q.    Well, on the night in question --
15              A.    Okay.
16              Q.    -- you were in your car, were you not?
17              A.    Yes.
18              Q.    And you observed Officer Hart, did you
19    not?
20              A.    Yes, uh-huh.
21              Q.    Why don't you take it from there.  I
22    need to hear your version of what occurred that
23    night.
24              A.    First of all, it was not at night.  It
25    was in broad daylight.  It was like 1:30 or 2:00 in
```

```
 1    the day, I believe, that type of -- that time.
 2              Q.    Okay.  What part of town?
 3              A.    What is the name of that?  I don't
 4    know the name of the streets or anything, but it's --
 5              Q.    Over the Rhine area of Cincinnati?
 6              A.    I don't know whether they still con-
 7    sider that -- don't they consider like Mohawk or
 8    something like that?
 9              Q.    Okay.
10              A.    I'm not sure.  I think.
11              Q.    Okay.
12              A.    Okay.  Now, you have to --
13              Q.    What were you doing there at that
14    point in time?
15              A.    Okay.  In order to tell these things,
16    there are some things that kind of lead up to it, and
17    so I'll do my best to keep it short.
18                   I, at the time -- I'm like the oldest
19    son in Cincinnati, and my father is in a nursing
20    home.  My mother was in and out of a nursing home,
21    between a hospital and the nursing home beginning to
22    die.  They were -- they had me on a -- they had me on
23    a cell phone, and all my family was in town.
24              Q.    Which hospital, if I could?
25              A.    Let me see.  What was that?  I believe
```

```
 1    it was -- let me think now.  I forget the name of it
 2    now.  It's the one over in Anderson Township.  I
 3    think it was Mercy.
 4              Q.    Okay.  But it was in Anderson Town-
 5    ship?
 6              A.    Uh-huh.
 7              Q.    Okay.
 8              A.    And the doctors were pushing me to
 9    actually take her off of life support, and my family
10    was all in town with me, like my aunts from her -- my
11    mother's older sister and all this were in town at my
12    house.
13              Q.    Where was your house?
14              A.    Deer Park then.
15              Q.    In the Deer Park area --
16              A.    Yes.
17              Q.    -- of greater Cincinnati?
18              A.    Yes.  Some of my brothers and sisters
19    were here at my house, too.  It was pretty much all
20    on my shoulders.  And the doctors were saying, the
21    way that this situation is going, we're going to need
22    to hear from you for each procedure that we do.  We
23    have to have your okay on it.
24                    Now, I know it sounds odd, but that's
25    what the situation was.  So I had a cell phone with
```

1    me that they had the number to call if they needed to

2    do whatever they did.

3              Q.    Okay.    What does that have to do with

4    your being in the Mohawk area of Cincinnati?

5              A.    Well, I'm trying to get it all so it

6    all ties up.    We can start talking about it now or we

7    can start talking in the middle of it, but -- how

8    this ties in.

9              But, okay, what I'm doing in the

10   Mohawk area.    I have a business at that time that --

11   well, I was like a jack of all trades for it.    At

12   that time I would have to drive long distances and

13   wind up in other cities and have to know how to get

14   from -- what would you call it? -- where I was to

15   clients that were in different parts of the city.

16             Now, what I would do is I would

17   practice in this city as if I didn't know the city,

18   and I had a GPS at that time.    Now everybody knows

19   about GPS's; then not too many people knew.    Then I

20   had to practice, for one thing, because I was -- my

21   mother's death was becoming so close to happening,

22   but I still have to make a living.

23             And so what I was trying to do is be

24   excellent with the GPS, and right around that area it

25   would blank out.    It would --

```
 1              Q.    But my first question is, what are you
 2    doing in that area in the first place?  You said you
 3    lived in Deer Park and your mom was --
 4              A.    Okay.  That's what I was going to tell
 5    you.
 6              Q.    Let me just say, we have to take turns
 7    talking.
 8              A.    Okay.
 9              Q.    Because he can't get us both at the
10    same time.
11              A.    Okay.
12              Q.    You live in Deer Park; your mother was
13    in Anderson Township.  What are you doing in Mohawk?
14              A.    As I was saying, I have to practice
15    working with the GPS as if I don't -- as if I was in
16    a different city.  And as I went through that area,
17    the GPS just went -- it went kind of haywire.  And I
18    was trying to figure out why it went haywire, and I
19    was also trying to do something that the manual said
20    you could do that all new GPS's do, which is route to
21    something.
22              Okay.  You want to get back to the
23    original question:  what were you doing in Mohawk?
24    Okay.  Well, it led me there and then it kind of died
25    there, and I wanted to know why.  Because in the next
```

```
 1    week I would be in El Paso, Texas, and part of --
 2                  Okay.  Let's see.  It all follows.
 3           Q.    What do you mean that it led you
 4    there?
 5           A.    In order to practice, just like you
 6    were -- say you were doing any other the type of
 7    business, you have to set up scenarios about, okay,
 8    I'm going here.  I wind up here or it's leading me
 9    here.  And if it doesn't -- if I have a problem, it's
10    better for me to know why I'm having a problem here
11    than in El Paso.  I need to know why and what to do
12    about it, because I know the city.
13           Q.    Why was it leading you to the Mohawk
14    area of Cincinnati?
15           A.    You know, it leads -- that's just one
16    place that it led me at that particular time.  It
17    could have been anywhere.
18           Q.    Didn't you have to type in a destina-
19    tion?
20           A.    Yes.  But, see, the destination could
21    have been -- I know at that time I was thinking
22    Kentucky.  There will be another section of time here
23    that I'll have to tell you I was thinking Kentucky
24    when I was sitting on this hillside, and I was trying
25    to figure out what the manual said you should be able
```

1    to do about routing.

2              Okay.  Let's see.  I'll try to get

3    back to answer your question.

4              Okay.  What was I doing?  To get from

5    here to here, you have to go through other places,

6    and that's just the way it was.

7         Q.   Okay.  Well, I need to follow up on

8    that, because that's not entirely -- what was your

9    point A and what was the point B that you were just

10   referring to?

11        A.   Well, after seven years, I can't even

12   guess where it could be, but it wouldn't be unusual

13   for me to say -- it's anyplace you pick, because I'm

14   trying to do it in Cincinnati while where I know

15   where I am and I'm going by the instruments alone.

16        Q.   And what place did you pick?

17        A.   I couldn't even guess.  Let me see if

18   I --

19        Q.   You picked someplace in Mohawk?

20        A.   No.  At Mohawk the GPS kind of -- I'll

21   describe it as kind of went haywire, and I needed to

22   figure out why.  And so I drove around the block to

23   figure out why, when would it pick it up and what was

24   making it do it.  I believe it's the tall buildings,

25   but I wasn't sure.

```
1              Q.    What kind of GPS system was it?
2              A.    Garmin.
3              Q.    Do you remember the model?
4              A.    StreetPilot.
5              Q.    And how long had you had it prior to
6    this day?
7              A.    I can't even remember, because -- I
8    don't know.  I can't remember.  It wasn't -- but with
9    something like that, I mean, it seems -- the way
10   technology's going now, they seem to be making things
11   simpler and simpler.  At that time when I got it, I
12   would -- I could do something with it and then, the
13   more I delved into it, the more I played with it, the
14   more I would learn how to do something more.
15             Like when I first got it, I could put
16   what they call a waypoint in it and I could find that
17   waypoint.  Later on I was able to do that with a
18   computer and trans-- you know, have all my places I
19   had to go and put names on them and things like that,
20   but that didn't come right away.  That only came from
21   trial and error.
22             Q.    But you don't remember where you were
23   starting from or where you were going to.  Is that
24   your testimony today?
25             A.    It could have been anywhere, you know,
```

 1    because it's -- what I was trying to do -- okay.
 2    Like I say, I've got a -- I have a father in a
 3    nursing home.  I have a mother dying.  I'm trying to
 4    figure -- okay.  Let me get to the point of why I'm
 5    doing all this.
 6                   Because in order to make money for my
 7    family, I would have to go to El Paso, Texas, and I'd
 8    have to do it in as quick a time as possible and get
 9    back, and I wasn't flying.
10            Q.    What was in El Paso?
11            A.    The business that we had was an adver-
12    tising business, vinyl phone book covers, and the ads
13    were all sold.  We were trying to be able to get
14    me -- okay.  We were trying to get me in El Paso,
15    done with the job, and back to Cincinnati as soon as
16    possible.
17            Q.    What was the job in El Paso?
18            A.    Delivering vinyl phone book covers.
19            Q.    Just physically delivering vinyl phone
20    book covers?
21            A.    That's the way the business works is
22    we could mail them, we could Fed Ex them and stuff
23    like that, but the way that gets us paid is when one
24    of our people actually -- it's like a customer ser-
25    vice representative -- goes to the door, knocks on

1    the door.  And, you know, a lot of times people have

2    questions or things like that and --

3              Q.    These were vinyl phone pad covers --

4              A.    Phone book covers.

5              Q.    -- for the city of El Paso, Texas?

6              A.    Yes.

7              Q.    That already had ads on them?

8              A.    Yes.

9              Q.    For businesses within the city of El

10   Paso?

11             A.    That's correct.

12             Q.    And they were manufactured up here?

13             A.    Yes.

14             Q.    In Cincinnati?

15             A.    Yes.

16             Q.    Was it your business to manufacture

17   them?

18             A.    Yes.  Okay.  And this is why the GPS

19   and the things -- because in order to do that, I had

20   to go to an exact address in a town that I have never

21   been to.  I had to get there from just an address.

22             Q.    Okay.  Let me ask you, where did you

23   grow up?

24             A.    In Cincinnati, Ohio.

25             Q.    Were you born in Cincinnati?

```
 1              A.    Yes, sir.

 2              Q.    What high school?

 3              A.    Madeira.

 4              Q.    Where did you live as you were growing

 5       up in Cincinnati?

 6              A.    Madeira.

 7              Q.    Were you born in Madeira?

 8              A.    Yes.

 9              Q.    And you grew up and went to high

10       school in Madeira?

11              A.    Yes, sir.

12              Q.    But you still don't remember, on the

13       day in question, where you were going from or to that

14       left you in the Mohawk area of the city of Cincin-

15       nati?

16              A.    See, that's the point.  I had to simu-

17       late as close as I could to being in El Paso with the

18       advantage of knowing where I am, just as, you know,

19       like if you were in the army --

20                    And I've never been in the army or

21       anything like that.

22                    -- but just as you simulate war games

23       or things like that, so that nobody gets killed with

24       real bullets, but I'm trying to simulate getting from

25       someplace that I know depending on the instrument
```

1    only.  Even though I know where I am, I want the

2    instrument to tell me where to go, because I have --

3    I believe there were two sets in El Paso at that

4    time, and I had to do both of them.

5              And at one point on the way to El

6    Paso -- which I had to drive, as I say -- my aunt

7    called me and said, "Your mother just looks so bad, I

8    think we have to let her go."  And then I got to El

9    Paso and the doctors called me and said my mother

10   died.

11             And then about --

12        Q.   This is all after the day in question?

13        A.   Yes, yes.  But I want -- I want to

14   tell you the intent of what I was doing.  The intent

15   was for me to be missing as short a time as possible.

16             Okay.  So this is one other thing I

17   want to add.  Okay?  Then after they said she died,

18   they said "We brought her back."  Okay?  So which I

19   knew that there would be -- I knew that the need for

20   me to be in Cincinnati was very great, and I knew

21   that I had to do whatever I could to make it as short

22   a period of time out of town as possible.

23        Q.   Okay.  Back to the day in question.

24        A.   Uh-huh.

25        Q.   So you're following, you're telling

1    us, your GPS system.

2              A.    Yes.

3              Q.    And it led you into the Mohawk area of

4    Cincinnati.

5              A.    Yes, sir.

6              Q.    I think you used the word the equip-

7    ment went haywire, I think is the word you used.

8              A.    Yes, uh-huh.

9              Q.    Can you explain what you mean when you

10   say it went haywire?

11             A.    Pretty much -- if you're familiar with

12   the GPS, it tracks you.  It lets you know your speed

13   and everything, and what you can expect to see down

14   the road and things like that.  And it pretty much

15   acted as when they come out of a box when they don't

16   know where it is and you pretty much have to start

17   all over, which means that it has to find itself.

18             And it did there, and I knew that I

19   couldn't -- if it did do that and I did certain

20   things and it dumped its memory or something like

21   that, or if I did certain things and it made it dump

22   its memory trying to correct it, I wanted it to do it

23   right there.  I didn't want it to do it in El Paso.

24             So that's pretty much all I can say on

25   that.  Anything else you want to ask, I'll try to do

1    the best.

2          Q.    Did you notice that the equipment was

3    malfunctioning before or after you noticed Officer

4    Hart?

5          A.    Before I noticed her.  Yeah.

6          Q.    What made you notice her?

7          A.    She walked up to my car.

8          Q.    Where was your car at that point in

9    time?

10          A.    I was pulled over.

11          Q.    Do you remember the street?

12          A.    I don't remember the name of that.  We

13    kind of talked about that before.  I could -- let me

14    see, now.  Because at one time I knew all this stuff.

15    I wrote it all down.

16          Q.    Have you been back to that area since

17    this day, to those streets?

18          A.    Yes.  I went down several times,

19    because I wanted to figure out exactly how far she

20    walked up to my car and I wanted to see exactly how

21    far it is.  And I kind of wrote all this stuff down,

22    and I don't have it with me now because it's been so

23    many years and things.

24          Q.    You say she walked up to your car?

25          A.    Yes.

```
 1              Q.    And then what happened?
 2              A.    There were actually -- there were
 3   actually two meetings.  There wasn't just one.
 4              Q.    Well, let's talk about this first one.
 5              A.    Okay.  The first one, okay.
 6              Q.    What happened after she walked up to
 7   the car?
 8              A.    She said, "Are you looking for this,
 9   looking for that?  And I said, "No.  I'm just driving
10   around."
11              Q.    Okay.
12              A.    And then I drove off.
13              Oh, no.  On the way off she said --
14   let's see what she said.  Something "I don't have
15   time for this," something or other like that.
16              Q.    And then you said you drove off?
17              A.    Uh-huh.
18              Q.    Before you said you drove around the
19   block.  Is this before or after you drove around the
20   block?
21              A.    Let's see.  I think it's kind of
22   during.  During.
23              Q.    So you'd been there once and are you
24   saying like the first time around the block is when
25   you spoke to Officer Hart or she walked up to your
```

1    car?

2              A.    She walked up to the car and said, "Do

3    you want to do this?  Do you want to do that?"  And I

4    said, "No.  I'm just driving around."

5              And then she said something that indi-

6    cated that she had, you know, kind of like a bad

7    temper, because I didn't go for what she was saying.

8              Q.    Okay.  And you drove off where?

9              A.    I drove somewhere away from there, but

10   it wound up like, I would say, 60 yards and a safe

11   place to park.

12             Q.    So you pulled about 60 yards away --

13             A.    Uh-huh.

14             Q.    -- and you parked?

15             A.    Uh-huh.

16             Q.    And what did you do when you parked?

17             A.    Well, at that point I had -- I thought

18   that it probably much was the tall buildings that was

19   doing that, and I was basically going to chalk it up

20   to that.  Then I was working on this feature that

21   they have called -- when I was sitting at this -- it

22   was on this hill and next to a church and legally

23   parked and everything.  I was trying to do what they

24   now call --

25             Let me see.  What is it?

1              Well, it basically means that you're

2    laying in a -- oh, jeez.  I know the name.  You're

3    laying in a route, a route for you to get somewhere.

4    And by looking at the screen to do it, not by my

5    knowledge to do it at that point.

6              That's where I was thinking Kentucky.

7    I wanted to see on the screen the roads that led

8    there, and I wanted it to put it in and I wanted to

9    go by that.

10             I was never, ever successful doing

11   that, and I think -- even though they said you could,

12   and now the new models do it automatically.

13        Q.   Okay.  Have you ever hired a prosti-

14   tute in your life?

15        A.   Have I ever hired a prostitute?  I

16   wouldn't think of it that way.

17        Q.   What are you thinking of?

18        A.   I would never just pay some girl like

19   that, no.  But I've had situations that were -- what

20   would you call it?  You know, people that I knew

21   that -- it was less than a love affair.  I should put

22   it that way.

23        Q.   But you shared money with them?

24        A.   I have -- I have helped them out in

25   some ways.  Not like that, though.

1          Q.   Can you describe what you mean?  What
2    are you describing when you say, I think, less than a
3    love affair, or words to that effect?  What do you
4    mean?
5          A.   Well, I don't -- I'm trying to be --
6    I'm trying to -- ladies these days are sometimes -- I
7    don't know.  Okay.  That's about the best I can do, I
8    think.  You know, less than a love affair, but --
9    what would you call it?
10          Q.   But it sounds like you have provided
11    money in return for sex in some way?
12          A.   I wouldn't say that.  I wouldn't say
13    that.  There's a lot of ways you can take that, you
14    know.  And I'd have to say my answer, to the best I
15    can say, would probably be no.
16          Q.   No to the question "Have you ever
17    hired a prostitute?"
18          A.   Right, yes.
19          Q.   But it sounds like you also said
20    you've shared money with somebody who you might not
21    consider a prostitute.  Is that why you're hesitat-
22    ing?
23          A.   You know, there's always shades of
24    gray.  And, you know, someone would say I've had --
25    I've had girlfriends that, when you bought them

1    things, they were a little bit friendlier.  Now,

2    that's what I would say, yes.

3             Q.   Have you ever had any girlfriends who

4    were prostitutes?

5             A.   Not that I know of.

6             Q.   Have you ever met a stranger and

7    picked them up while you were riding around in your

8    car?

9             A.   A stranger.  I'm trying to think.  I

10   don't really -- I'm trying to think now.  Have I ever

11   met a stranger and picked them up?

12            Q.   Well, have you ever picked up a woman

13   on the street from your car?

14            A.   I don't think, if I didn't know them,

15   I did.  But I know a lot of people, and I don't think

16   so.  Sometimes I have been in situations where people

17   that I know have put me in a position where like two

18   or three people got in the car, and that's about as

19   close as I can think of, you know.

20            Q.   Have you picked up women in bars?

21            A.   No.

22                 What do you mean picked them up in

23   bars?

24            Q.   Well, have you gone to a bar with the

25   intent to find a woman?

1          A.   Well, maybe I didn't make it clear

2     that, you know, my other profession is I'm an enter-

3     tainer.  And I spend a great deal of time in bars,

4     but not like that ever.

5          Q.   Have women approached you while you've

6     been working in the bars with the intent of having a

7     sexual liaison with you of some kind?

8          A.   Yes, several.  But, you know -- and

9     that's where kind of the line gets a little bit gray,

10    is --

11          Now, the other thing is, you can think

12    that you're just with somebody and, the next thing

13    you know, they're, Well, let's go get this, let's go

14    get that, and you're saying, holy Jesus, I've spent

15    $60, you know.  You know, that's about all I can say,

16    is things are a little bit grayer now than they used

17    to be, I would have to say.  And that's about it.

18          Q.   Have you ever gone to the adult clubs

19    where --

20          A.   No.  Adult clubs?

21          Q.   Adult clubs where women dance and

22    strip.

23          A.   No.

24          Q.   Tell us a little bit more about what

25    you're calling gray.  It sounds to us like you've

```
 1    been involved in matters that you're calling gray.
 2    So what are those?
 3            A.    What are the areas that I'm calling
 4    gray?
 5            Q.    Right.
 6            A.    Oh, I just think that --
 7            Q.    Insofar as your relationships with
 8    women.
 9            A.    Oh.  Well, I'm not actually talking
10    about so much mine.  I'm just -- you know, some of my
11    peers even.  When they -- a lot of women will let you
12    think that you're going out with them and you wind up
13    going out and, the next thing you know, you're going
14    to -- they're taking you places where you're paying a
15    lot of money for food and you're paying a lot of
16    money for stuff and, before you know it, you spent a
17    lot more money than you expected to spend.  And that
18    would be -- I don't know.
19            Q.    Are you aware that there are men who
20    drive to certain parts of Cincinnati and pick up
21    prostitutes?
22            A.    Uh-huh, uh-huh.
23            Q.    You need to answer like yes out loud
24    so he --
25            A.    Yes.  I'm sorry.  I'm sorry.  Yes.
```

```
 1              Q.    And do some of your peers do that?

 2              A.    I don't think so.  They -- my peers, I

 3    would feel, did not do that.

 4              Q.    How are you aware that there are men

 5    who drive to certain parts of Cincinnati and pick up

 6    prostitutes?

 7              A.    It's all over the news, all over the

 8    news.

 9              Q.    You read that it occurs?

10              A.    Yes.  And as well as many other

11    things.  I read the current, you know, like whatever,

12    you know, all kinds of things.

13              Q.    But let's go back to when you were 60

14    yards away after you say that Police Officer Hart had

15    walked up to your vehicle and then you drove 60 yards

16    away.  What did you do then after you were 60 yards

17    away?

18              A.    Well, at that point I went back to

19    trying to lay in a route.

20              Q.    Right.  You explained that.  How long

21    did that take, about?

22              A.    Like I told you, I was never success-

23    ful with that.  But I was in an area that I felt was

24    safe, that I wasn't exactly -- I was not illegally

25    parked, and I wasn't exactly familiar with.  And I
```

1    had the GPS lined up north and south, and I knew what

2    was north and south, and I was trying to do this

3    route, and that's when Ms. Hart walked up across the

4    street and up the hill to my car.

5         Q.   So you could see her from where you

6    stopped the car 60 yards away, it sounds like.

7         A.   I could see her if I was looking for

8    her, but really I was trying to do -- I couldn't -- I

9    couldn't see her well.  I couldn't see anything that

10   she was saying or what she was doing or anything like

11   that.

12        Q.   Do you remember how she was dressed

13   that night?  That day, excuse me.  I keep forgetting

14   it was during the day.

15        A.   She wasn't dressed very well.

16        Q.   Can you describe it?

17        A.   Well, it's been seven years.  But just

18   not dressed very well.

19        Q.   A dress or pants, or skirt, top?  Do

20   you remember?

21        A.   I wonder if she remembers how she was

22   dressed.  But let's see.  I would have to say just --

23   I believe there was a long shirt.  A long shirt is

24   all I can remember.

25        Q.   What month was this?

```
 1              A.   Well, I remember that -- I'm not sure,
 2    but I remember it was a warm day.
 3              Q.   And you kind of recall her wearing a
 4    long shirt?
 5              A.   Uh-huh.
 6              Q.   Like was it a minidress?
 7              A.   No, no, no.  It was -- I don't remem-
 8    ber anything about the pants.  I don't remember any-
 9    thing about -- all I remember was like a long -- it
10    was like a flannel shirt that she had.
11              Q.   And then, you said before, you saw her
12    walking towards your vehicle.  Is that what you said?
13              A.   No.
14              Q.   Okay.
15              A.   I looked up, and she was knocking on
16    my window.
17              Q.   You saw her for the first time when
18    she knocked on your window?
19              A.   No.  I didn't say the first time.
20              Q.   Okay.
21              A.   As I said, there were two meetings.
22              Q.   Okay.  Just so we're clear for the
23    record, you had pulled 60 yards away.
24              A.   Uh-huh.
25              Q.   You were sitting there.
```

```
 1              A.    Yes.
 2              Q.    I thought you said that you observed
 3       her walking up towards your car.
 4              A.    No.   I said she would have had to do
 5       that to get from where she was to where I was.
 6              Q.    Okay.   So explain what happened next.
 7              A.    Next.   Well, she tapped on my window
 8       and I said something like, "Can I help you?"   I
 9       thought she was trying to get me in trouble.   And I
10       said, "Can I help you, Officer," or something like
11       that.   And she says -- she saw the GPS, which was
12       glowing there.
13              Q.    I'm sorry.   Did you say, "Can I help
14       you, Officer?"
15              A.    I thought I said that.   I'm not sure.
16              Q.    You thought she was a police officer?
17              A.    I thought, you know, she was trying to
18       get me in trouble.   And --
19              Q.    Why did you think that?
20              A.    Because I was all the way up the
21       street and she came up to where I was.
22              Q.    But isn't that consistent with her
23       being a prostitute looking for business?
24              A.    I don't know.   I just know that -- you
25       know, at that point I really was right in the middle
```

```
 1    of what I was doing and I didn't want to be really

 2    disturbed by it.

 3              And she said, "What's all this?"  And

 4    then, just like now, I started to tell her it's a GPS

 5    thing and it helps me find where I'm going and things

 6    like that, you know, which I think it was such -- at

 7    that time, and even now, I think it's such a neat

 8    technology that I would -- I talked maybe a tad more

 9    than I would have just somebody walking up and saying

10    something else.  I pretty much told her what it was,

11    I think, as I can recall.

12              Q.   Okay.  And then what happened?  What

13    did she say to you?

14              A.   Let's see.  Let me think.  What did

15    she say there?

16              Q.   Did she walk away?

17              A.   She said something to me, and I indi-

18    cated that I was busy with what I was doing.  And

19    then she said a cussword at me and walked off.  She

20    said, "You're F'ed."

21              Q.   Okay.  And she walked off?

22              A.   Uh-huh.

23              Q.   And then what did you do?

24              A.   I just kept working with what I was

25    doing.
```

```
 1              Q.    Okay.  Then what?
 2              A.    I thought that was the end of it.
 3              Q.    How long did you stay at that spot
 4    about 60 yards away, roughly?
 5              A.    I can't really tell you.  I would say
 6    somewhere between ten and 15 minutes, something like
 7    that.
 8              Q.    Then what did you do?
 9              A.    Well, I was still working with the
10    GPS.  I was still trying to do the route.  And then
11    there was a tall officer and a woman behind me, and
12    the officer got out and says, "You're under arrest
13    for loitering for the purpose of prostitution, and
14    we've got everything you said on tape."
15              Q.    And who was that, did you say?  Was
16    that a tall male officer?
17              A.    Yes, yes.
18              Q.    Do you know who that was?
19              A.    I don't know his name.
20              Q.    You have not filed a lawsuit against
21    that officer?
22              A.    If I knew his name, I would have.
23              Q.    But you did not file?
24              A.    No.
25              Q.    And you said there was another
```

1    officer, also?

2              A.    I don't know.  See, I didn't know if

3    these were officers.  They were in plain clothes, so

4    I just -- you know, I would have to guess that the --

5    there was a woman that was with them and --

6              Q.    So two in total?  I mean in addition

7    to Officer Hart, there were two others you're de-

8    scribing for us.  Is that correct?

9              A.    Yes.

10             Q.    Okay.  And you believe they were

11   plainclothes officers?

12             A.    Yes.

13             Q.    But, again, you didn't sue either one

14   of them in this lawsuit?

15             A.    You know what?  The only reason, I

16   didn't have any way of getting their names.  So I

17   attempted to sue the whole bunch of them, but I had

18   no way of getting names from people who are dressed

19   in plain clothes.  The reason I have Officer Hart's

20   name is because she was on the lawsuit.

21             Q.    Okay.

22             A.    I mean she was on the Complaint.

23             Q.    The criminal Complaint?

24             A.    Yes.

25             Q.    Is that what you're describing?

```
 1              A.    Uh-huh.

 2              Q.    Against you?

 3              A.    Yes.

 4              Q.    So what did the male officer say when

 5    he approached?

 6              A.    He says, "You're under arrest for" --

 7                    How is it?  Let me see now.

 8                    -- "loitering for the purpose of pros-

 9    titution."  He said, "We have everything on tape,

10    everything you said on tape."

11              Q.    And where was Officer Hart when he

12    said that?

13              A.    I don't know.

14              Q.    She had walked away?

15              A.    Yes.

16              Q.    And what did the other female plain-

17    clothes person --

18              A.    I don't know.  See, because at that

19    point --

20              Q.    But did she say anything to you, is my

21    question.

22              A.    I don't believe so.  I didn't notice

23    her saying anything.

24              Q.    So he's the one who put you under

25    arrest?
```

1              A.    Well, you might think that, but, there

2    are some things that happened later that made me know

3    that there was a lot more of them in hiding.

4              Q.    Well, we'll get to that.

5              A.    Okay.

6              Q.    But let's finish with this.

7              A.    Well, it's hard to talk about -- when

8    you're talking about plainclothes policemen hiding

9    and making you think that there's no one there when

10   actually there's a big large group of them somewhere,

11   you know, it's hard to talk about what you saw or

12   what you thought you saw without talking about what

13   you now know was different than that.

14              Okay.  I'm sorry.

15              Q.    Well, what did you think you saw at

16   the time?

17              A.    What I thought I saw at the time?

18              Q.    And what did you think you heard at

19   the time?

20              A.    Well, I'll tell you what.  I thought

21   that I was on a lazy -- it was either a -- early in

22   the week, Monday, Wednesday day, and there was no one

23   around me.  It was sunny.  And -- and that's what I

24   thought it was, that kind of day.  But actually what

25   had happened was that I was -- I now know that I was

 1    in the middle of a high surveillance sting.  I didn't

 2    know that then.  And they --

 3              Okay.  Let's see.  Okay.  Ask your

 4    questions, because I'm in -- there's so many things,

 5    it throws me off to think about them all.

 6         Q.    After Officer Hart walked away, what

 7    other contact did you have with her?

 8         A.    Well, it's hard to say, because --

 9         Q.    Well, she was not standing there, you

10    said, when the male and the female plainclothes --

11         A.    Right.

12         Q.    -- officers approached you.

13         A.    Right, that's correct.

14         Q.    So when is the next time you saw her?

15         A.    You know, at that point I'm not sure

16    if I ever saw her again.

17         Q.    Okay.

18         A.    But I did see another female officer,

19    and I think she was plainclothes, too, but it's been

20    seven years.  I'm trying to tell you to the best of

21    my memory.

22         Q.    Right.  That's fine.

23         A.    Okay?  And the -- well, okay.  The

24    tall officer said to me, "We've got everything that

25    was said on tape."  And I said, "Good.  Because

```
 1    you'll find that I didn't say anything.  I didn't do
 2    anything illegal."  So they --
 3                  You want me to tell you what happened,
 4    or you just want to ask questions?
 5           Q.    No.  Go ahead.  Tell us.
 6           A.    Okay.  So they -- oh, there was an-
 7    other female officer.  There was another female
 8    officer.
 9           Q.    You mean two others?  Is that what
10    you're saying?
11           A.    You know, I don't know.
12           Q.    There was at least one other?
13           A.    Yes.
14           Q.    Maybe two, but at least one?
15           A.    Okay.
16           Q.    Is that right?  I mean, I'm asking.
17           A.    Well, yes.  But one was in, I think --
18    I'm not sure if she was in plain clothes or not.  But
19    she came up and she took the GPS glowing in my hands
20    and had it in her hands glowing, and she said --
21                  They got in my car.  They searched my
22    car.  They were trying -- they were trying to find
23    whatever they could find on me, but there was nothing
24    to find.  I don't do drugs and that type of thing.
25                  And so they got done.  The officer got
```

```
1    in my car and for some reason moved it down the hill
2    and then moved it back up the hill, and then basi-
3    cally parked it about the same way it was.  Now, I
4    don't know why this happened.  Then she took the GPS
5    and --
6              Q.   Who is "she"?
7              A.   I don't know who she is.
8              Q.   But not Officer Hart?
9              A.   I don't think so, no.
10             Q.   No.  It was somebody else.
11             A.   No, another female officer.  At that
12   time there were at least three or four other people
13   around me.  Oh.  And another police vehicle pulled
14   around, right around to pick me up.
15             Q.   Were you handcuffed?
16             A.   I can't remember.  I probably was,
17   but -- because there was another person in the car
18   with me.
19             Q.   You were placed in a squad car?
20             A.   Yes.
21             Q.   But you don't remember if you were
22   handcuffed or not?
23             A.   I just can't remember now.  I think I
24   was.
25             Q.   Have you ever been arrested before for
```

1    anything in your whole life?

2             A.    Not really.  I've had -- I had a

3    little trouble last year with -- if you really want

4    to talk about it like this.  Child support decided to

5    add an extra year onto my 25-year-old son's account,

6    and I didn't think that was right, so I was a little

7    lax in paying that.  I mean, he was literally like 24

8    years old then.

9             And then I have a daughter that was

10   giving me a little trouble, and I called the police

11   and they took me to jail.  And then I had --

12            Q.    This is last year, you're saying?

13            A.    Yeah.  And I paid the fine and that's

14   pretty much the end of that.  So if you want to call

15   that --

16            Q.    In your whole life those are the only

17   times where you've had encounters with law enforce-

18   ment, in addition to what's the subject of this

19   lawsuit?

20            A.    I would -- let's see.

21            Q.    I mean, if we search the records and

22   get all the information on Gradual Taylor, what are

23   we going to find that you've been arrested?

24            A.    I don't think so.

25            Let's see.  I've had traffic things,

1  but not too much.  I've had -- at one point I had a

2  brother that was giving me nightmares, but I don't

3  think anything became of that.

4          Q.    Were you arrested insofar as your

5  behavior with your brother was concerned?

6          A.    Yes.  At one point I was arrested, but

7  what it was, was he did something that justified me

8  getting my daughter and the woman that I was living

9  with out of an area that he was -- well, it was in my

10  parents' house.  I sprayed with him with mace so we

11  could get out, and then we went to court.

12          Q.    When was this?

13          A.    This was -- jeez.  Let me see.

14  Probably my daughter was six.  She's 18.  Probably 12

15  years ago.  And it was found that I was justified in

16  what I did, because he -- I had like a six-year-old

17  daughter and he had a drinking problem, and it turned

18  out that what happened was he got fired that day and

19  he came home to take it out on me.  I had no idea.

20  Even into court I had no idea that that's why he was

21  going wild that day.  And that's -- that's about it.

22          Q.    Have you ever been convicted of any

23  offense?

24          A.    No.

25          Q.    Let's go back to your driving in the

```
 1    Mohawk area on the day in question.
 2              A.    Yeah.  We'll do that if you want, but
 3    I'd really rather we got out what happened, you know,
 4    from the arrest.  Because we're right in the --
 5              Q.    Well, let me finish this.
 6              A.    Okay, okay.
 7              Q.    I'm the one asking the questions.
 8              A.    Okay.
 9              Q.    You said that you drove around the
10    block once.
11              A.    I didn't say how many times.
12              Q.    Okay.  How many times did you drive
13    around the block?
14              A.    I don't know.  I don't remember at
15    this time.
16              Q.    More than once?  It was at least
17    once --
18              A.    Uh-huh, uh-huh.
19              Q.    -- from what you describe.
20              A.    Uh-huh.
21              Q.    It sounds like it was more than once.
22              A.    I don't know.  I mean, after seven
23    years, I just can't tell you.  I -- I don't know,
24    but --
25              Q.    Well, you said that the GPS went
```