UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **GRADUAL TAYLOR,** | : | **CASE NO. 1:02CV446** |
| **Plaintiff,** | : | **(Judge Weber)** |
| | | **(Magistrate Black)** |
| v. | : | |
| | | **MOTION TO VACATE SCHEDULE** |
| **CHERYL HART,** | : | **AND MEMORANDUM IN** |
| | | **SUPPORT** |
| **Defendant.** | : | |

Police Officer Cheryl Hart moves the Court to vacate the existing schedule to allow time for the Court to rule on the pending motion for order of contempt and motion for partial summary judgment. Those motions may be dispositive or, depending how the Court rules, may require additional time for Officer Hart to complete the deposition of one of the plaintiff's witnesses. Dispositive motions would otherwise be due May 30, 2007, prior to the time Officer Hart can complete discovery. The plaintiff's witness ignored the subpoena served on her to attend and complete the deposition that had been continued in progress.

Respectfully submitted

**JULIA L. McNEIL**(0043535)
City Solicitor

 */s/ Richard Ganulin*
**RICHARD GANULIN** (0025642C)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Telephone: (513) 352-3329
Fax: (513) 352-1515
richard.ganulin@cincinnati-oh.gov

Counsel for Defendant

/s/ Donald E. Hardin
**DONALD E. HARDIN** (0022095)
**KIMBERLY A. RUTOWSKI** (0076653)
Hardin, Lefton, Lazarus & Marks, LLC,
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202-4322
Telephone: (513) 352-721-7300
Fax: (513) 721-7008
donhardin@hllmlaw.com
krutowski@hllmlaw.com

Special Counsel for Police Officer Cheryl Hart

## CERTIFICATE OF SERVICE

I hereby certify a true and accurate copy of the foregoing Motion to Vacate Schedule and Memorandum in Support was filed electronically this 11th day of May, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and a certified copy mailed to Mr. Gradual Taylor, 8283 Carol Avenue, Cincinnati, Ohio 45231, who is not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard Ganulin
RICHARD GANULIN (0025642-C)
Assistant City Solicitor

JLM/RG/(chs)
(Police) Taylor–Hart's Mtn to Vac Sched 0507-RG