UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GRADUAL TAYLOR, | : | Case No. 1:02-cv-446 |
| | : | |
| Plaintiff, | : | Weber, J. |
| | : | Black, M.J. |
| vs. | : | |
| | : | |
| CHERYL HART, *et al.*, | : | |
| | : | |
| Defendants. | : | **ORDER** |

This civil rights case is before the Court on a motion by Defendant Cheryl Hart to vacate the existing schedule pending the Court's ruling on her motion for partial summary judgment. (Doc. 67; *see* Doc. 59.) No opposition to the motion has been filed.

For good cause shown, the motion to vacate the existing schedule is **GRANTED**. New deadlines for the completion of discovery and filing dispositive motions will be established, if necessary following the Court's ruling on the motion for partial summary judgment..

**IT IS SO ORDERED**.

Date:  7/9/07

s/Timothy S. Black
Timothy S. Black
United States Magistrate Judge