UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GRADUAL TAYLOR, | : | Case No. 1:02-cv-446 |
| | : | |
| Plaintiff, | : | Weber, J. |
| vs. | : | Black, M.J. |
| | : | |
| CHERYL HART, | : | |
| | : | |
| Defendant. | : | **ORDER** |

On June 29, 2007, in light of plaintiff's failure to file a timely response to defendant's motion for partial summary judgment, this Court ordered plaintiff to show cause why the motion should not be construed as unopposed, and granted. (*See* Doc. 68.) On July 17, 2007, plaintiff filed a response to the order to show cause. (Doc. 70.)

For good cause shown, the Court finds that the order to show cause is **SATISFIED.** Plaintiff's response (Doc. 70.) will be **CONSTRUED** as his memorandum in opposition to the motion for partial summary judgment.

Defendant's Reply, if any, shall be **FILED** on or before August 2, 2007.

**IT IS SO ORDERED.**

Date:  7/23/07        s/Timothy S. Black
Timothy S. Black
United States Magistrate Judge