UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **GRADUAL TAYLOR,** | : | **CASE NO. C-1-02-446** |
| Plaintiff, | : | (Judge Weber) |
| | | (Magistrate Black) |
| v. | : | |
| **CHERYL HART,** | : | **POLICE OFFICER CHERYL HART'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Defendant. | : | |

     The ground for Police Officer Hart's motion for partial summary judgment is that the plaintiff did not state or prove a federal malicious prosecution claim against Officer Hart upon which relief can be granted.  Furthermore, even assuming *arguendo* that the plaintiff had stated a federal malicious prosecution claim against Officer Hart, or created a genuine issue of material fact in support of that claim, the claim is nevertheless barred by the statute of limitations.

     Plaintiff's memorandum in opposition does not refute the grounds for Officer Hart's motion for partial summary judgment.  She was not involved in the decision to prosecute the plaintiff.  Under the authority cited in Officer Hart's motion, and the uncontroverted facts established by her affidavit and the plaintiff's deposition, Officer Hart cannot be sued for alleged malicious prosecution.  Furthermore, Officer Hart completed a criminal complaint form against the plaintiff more than two years prior to the filing of the case at bar.  The claim is barred by the statute of limitations.  There are no genuine issues of material fact.  Officer Hart's motion for partial summary judgment is meritorious and should be granted and the complaint against her should be dismissed.

Respectfully submitted

**JULIA L. MCNEIL**(0043535)
City Solicitor
*/s/ Richard Ganulin*_____
**RICHARD GANULIN** (0025642C)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Telephone: (513) 352-3329
Fax: (513) 352-1515
richard.ganulin@cincinnati-oh.gov
Counsel for Police Officer Hart

*/s/ Donald E. Hardin*_____
**DONALD E. HARDIN** (0022095)
**KIMBERLY A. RUTOWSKI** (0076653)
Hardin, Lefton, Lazarus & Marks, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202-4322
Telephone: (513) 721-7300
Fax: (513) 721-7008
donhardin@hllmlaw.com
krutowski@hllmlaw.com
Special Counsel for Police Officer Hart

## CERTIFICATE OF SERVICE

I hereby certify a true and accurate copy of the foregoing Police Officer Cheryl Hart's Reply Memorandum in Support of Motion For Partial Summary Judgment was filed electronically this 23rd day of July, 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Richard Ganulin*_____
RICHARD GANULIN (0025642-C)

JLM/RG/(smw)
Gtaylor-Hart's Mtn Reply Memo PSJ 207-RG