UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GRADUAL TAYLOR, | : | Case No. 1:02-cv-446 |
| | : | |
| Plaintiff, | : | Weber, J. |
| | : | Black, M.J. |
| vs. | : | |
| | : | |
| P.O. CHERYL HART, | : | |
| | : | |
| Defendant. | : | **ORDER** |

This civil rights action is before the Court on a motion by Defendant Cheryl Hart to unseal official records. (Doc. 56.) Previously, in an Order issued on June 26, 2006, the Court noted that the inspection of sealed records may be made "[b]y a law enforcement officer who was involved in the case, for use in the officer's defense of a civil action arising out of the officer's involvement in that case." (Doc. 43 (citing Ohio Rev. Code Ann. § 2953.32(D)(4); *In re T.F.K.*, Ohio Misc. 2d 9, 13, 845 N.E.2d 591, 594 (Ohio Ct. Com. Pl. 2005).)

Accordingly, and for good cause shown, **IT IS HEREIN ORDERED THAT** the motion to unseal (Doc. 56) is **GRANTED**. Defendant Cheryl Hart may INSPECT sealed records, including transcriptions of all relevant court proceedings in Hamilton County Municipal Court Case No. 00CRB6706, *State of Ohio v. Gradual Taylor*.

**IT IS SO ORDERED**.

Date:  8/30/07          s/Timothy S. Black
                        Timothy S. Black
                        United States Magistrate Judge