UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GRADUAL TAYLOR,

        Plaintiff

    v.                                                    C-1-02-446

P.O. CHERYL HART,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 74) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 74) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**. Defendant's Motion for Partial Summary Judgment (doc. no. 59) is construed as a Motion for Summary Judgment and is **GRANTED**. This case is **DISMISSED AND TERMINATED** on the docket of this Court.

    **IT IS SO ORDERED.**

                                                       s/Herman J. Weber
                                            Herman J. Weber, Senior Judge
                                            United States District Court