**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| OFFICIAL USE | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7002 0860 0000 1409 6332

CERTIFIED MAIL

Sent To: GRADUAL TAYLOR
Street, Apt. No.; or PO Box No.: 8283 Carrol Ave
City, State, ZIP+4: Cin Oh 45231

PS Form 3800, April 2002