# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

GRADUAL TAYLOR,

        Plaintiff

-vs-                                 Case No.    C-1-02-446

P.O. CHERYL HART,

        Defendant,

_____

## JUDGMENT IN A CIVIL CASE

|  | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

### IT IS ORDERED AND ADJUDGED

Defendant's Motion for Partial Summary Judgment is construed as a Motion for Summary Judgment is Granted. This case is Dismissed and Terminated on the docket of this Court.

Date:  March 31, 2008                    JAMES BONINI.,  CLERK

                                      By:s/   Darlene Maury_____
                                    Darlene Maury, Deputy Clerk