**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GRADUAL Taylor
8283 Carrol Ave
Cin Oh
45231

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Shul TS_        ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

Shella Taylor    7 APr 08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*         ☐ Yes

2. Article Number
   *(Transfer from service label)*    7002 0860 0000 1409 6311

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540