United States District Court
Southern District
Western Division

FILED
JAMES BONINI
CLERK

08 APR -8 AM 9:12

Gradual Taylor
    Plaintiff Pro Se      C-1-02-446

V

P. O. Cheryl Hart

    Defendant

MOTION AGAINST SUMMERY JUDGEMENT

Now here Comes Gradual Taylor

I just received notice in the mail that this case has been a movement in my case
For summery judgment and that neither party has objected. However I never received
notice of this prior to this happening so that I could object to it.
I do strongly object to this being done.
There is no reason that I would not have gotten notice of this. No one in my family has
signed for a certified letter that should have notified me of it
This letter does not say when this trial happened
I did however get this letter from the court letting me know that this had happened
and I had to sign for it .
This Trial went foreword with out notice to the plaintiff
I object to the entire proceedings. Because I was not informed of it.
That missing letter would be the only letter from the court that I did not have to sign for
Since this case began.
You will find no document that either I or any member of my family signed letting us
know about this going to summery judgment prior to today.

I have not received any letter from this court in 2008.

I have not even been told about what the courts decision for remedy is.


Respectfully Gradual Taylor Plaintiff Pro Se

A copy of this motion has been to sent to Richard Ganulin, attorney for Cheryl Hart, by regular mail.

Gradual Taylor